| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| | STEPHEN R. BASSER (121590) |
| 2 | SAMUEL M. WARD (216562) |
| | 600 West Broadway, Suite 900 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 230-0800 |
| 4 | Facsimile: (619) 230-1874 |
| 5 | RICHARD L. CREIGHTON, JR. |
| | W. JEFFREY SEFTON |
| 6 | KEATING MUETHING & KLEKAMP PLL |
| | One East Fourth Street |
| 7 | Suite 1400 |
| | Cincinnati, Ohio 45202 |
| 8 | Telephone: (513) 579-6400 |
| | Facsimile: (513) 579-6457 |
| 9 | |
| 10 | Attorneys for Plaintiffs Patricia C. Reiter, Christopher J. Reiter and James A. Singler, as Successor Trustee of the Jack L. Reiter and Patricia C. Reiter Irrevocable Trust, U/A/D/ April 27, 2000 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| PATRICIA C. REITER an individual and CHRISTOPHER J. REITER and JAMES A. SINGLER, as Successor Trustee of the Jack L. Reiter and Patricia C. Reiter Irrevocable Trust, U/A/D/ August 27, 2000, | ) ) ) ) ) ) ) | CASE NO. CV 09- 811 AG (RNBx) **ORDER CONSOLIDATING BRIEFING SCHEDULE AND HEARINGS ON MOTIONS TO DISMISS** |
| Plaintiffs, | ) | |
| V. | ) | |
| MUTUAL CREDIT CORPORATION, SPURLING GROUP, LLC, SPURLING GROUP II, LLC, MICHAEL BROWN, ANTHONY JACOBSON, DAVID DOTEN, RUMSON CAPTIAL, L.P., NATIONAL WEALTH ADVISORS, RICHARD L. SWOPE, SWOPE LAMBERSON, P.A., TODD SHELBAUGH and DOES 1 through 100, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the joint stipulation between defendants Mutual Credit Corporation, Spurling Group, LLC, Spurling Group II, LLC, Michael Brown and Anthony Jacobson (collectively "MCC Defendants"), defendants Todd Shelbaugh and National Wealth Advisors, and plaintiffs Patricia C. Reiter, Christopher J. Reiter, and James A. Singler (collectively the "Plaintiffs") and Local Rule 7-1, the Court hereby orders:

(1) The hearing on the MCC Defendants' motion to dismiss scheduled for November 9, 2009, is continued November 23, 2009 at 10:00 a.m.;

(2) Plaintiffs' opposition to the motion to dismiss filed by the MCC Defendants and Plaintiffs' opposition to the motion to dismiss filed by Todd Shelbaugh and national Wealth Advisors shall be filed no later than October 26, 2009;

(3) The MCC Defendants' reply in support their motion to dismiss and Todd Shelbaugh's and National Wealth Advisors' reply in support of their motion to dismiss shall be filed no later than November 16, 2009; and

(4) Plaintiffs may, at their discretion, file a consolidated opposition, not to exceed forty pages in length, to the motions to dismiss filed by the MCC Defendants and Todd Shelbaugh and National Wealth Advisors.

IT IS SO ORDERED.

Dated: October 05, 2009

Honorable Andrew J. Guilford
Judge, U.S. District Court for the Central District of California