1  JOSEPH C. CAMPO, SB# 150035
    E-Mail: campo@lbbslaw.com
2  BRIAN SLOME, SB# 238134
    E-Mail: bslome@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   701 B Street, Suite 1900
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile:  (619) 233-8627

6  Attorneys for Defendants National Wealth Advisors; Todd Shelbaugh;
   Mark Goodman; Eisenberg Financial Group
7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  PATRICIA C. REITER an individual       )    CASE NO. SACV09-811 AG(RNBx)
    and CHRISTOPHER J. REITER and          )
12  JAMES A. SINGLER, as Successor         )  **ANSWER OF TODD SHELBAUGH**
    Trustee of the Jack L. Reiter and Patricia )  **TO PLAINTIFFS' FIRST AMENDED**
13  C. Reiter Irrevocable Trust, U/A/D     )  **COMPLAINT**
    August 27, 2000,                       )
14                                         )  **[JURY TRIAL REQUESTED]**
                 Plaintiffs,               )
15                                         )
          v.                               )
16                                         )
    MUTUAL CREDIT CORPORATION,             )  Hon. Andrew J. Guilford
17  SPURLING GROUP, LLC, SPURLING          )
    GROUP II LLC, MICHAEL BROWN,           )
18  ANTHONY JACOBSON, DAVID                )  ACTION FILED:    07/14/2009
    DOTEN, RUMSON CAPITAL L.P.,            )  TRIAL DATE:      01/18/2011
19  NATIONAL WEALTH ADVISORS,              )
    RICHARD L. SWOPE LAMBERSON,            )
20  P.A., TODD SHELBAUGH, ANDREW           )
    JOSEPH MEADE, III, SAMUEL J.           )
21  MANGEL, CANDICE C. MANGEL,             )
    ROBERT E. MEYER, MARK S.               )
22  GOODMAN, LISA LYNN FULLER,             )
    JAMES A. ADAMS, ANDREW                 )
23  HARVEY, THE MEADE FAMILY               )
    TRUST, THE BROWN FAMILY                )
24  TRUST, THE ANTHONY JOHN                )
    JACOBSON TRUST, SIERRA LIFE            )
25  SOLUTIONS, INC., PACIFICA LLC,         )
    X.E. L.I.F.E. LLC, JAMMA LLC,          )
26  GOODMAN FAMILY LLC, GOOD-              )
    BEY HOLDINGS LLC, DUSTIN F.            )
27  GOODMAN LLC, GOODMAN INC.,             )
    GOODMAN FINANCIAL GROUP,               )
28  TWISTED DIAMOND LLC,                   )

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                          -1-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

1 | EISENBERG FINANCIAL GROUP, )
2 | NORTHBRIDGE INSURANCE
AGENCY, NORTHSTAR LIFE )
SERVICES LLC, RUMSON CAPITAL )
3 | LLC, RUMSON CAPITAL, INC., )
RUMSON VENTURES LLC, SMC )
4 | HOLDING, INC., XE CAPITAL )
MANAGEMENT LLC, XE CAPITAL )
5 | ADVISORS LLC, XE CAPITAL LIFE )
SETTLEMENT GP, LLC, KBC )
6 | FINANCIAL HOLDING, INC., KBC )
FINANCIAL AND INSURANCE )
7 | SERVICES, KBC FINANCIAL )
SERVICES LLC, KBC FINANCIAL )
8 | SERVICES INC., KBC FINANCIAL )
PRODUCTS USA, NEBULA )
9 | HOLDINGS LLC, PULSAR )
HOLDINGS LLC, TRESTOR LLC, )
10 | MAPLERIDGE FINANCIAL, )
SOBOCHAK SECURITIES, FIVE )
11 | SIDED TRADING, and DOES 1 through )
100, )
12 | )
13 |         Defendants. )
14 |

15      Defendant Todd Shelbaugh ("Defendant"), for himself and for no other party,

16 answers Plaintiffs' First Amended Complaint ("FAC") as follows:

17      1.    Answering paragraph 1 of Plaintiffs' FAC, Defendant denies that he was

18 involved in any deceptive and predatory life insurance transactions. Defendant

19 further denies being a participant in any scheme that preys upon seniors. Defendant

20 denies that any of the Plaintiffs suffered any damages or any harm. Defendant denies

21 making any profit whatsoever, and further denies that Mrs. Reiter lost any valuable

22 insurable interest, was exploited, or that any laws were broken.

23      2.    Answering paragraph 2 of Plaintiffs' FAC, Defendant denies being

24 involved in any scheme that was perpetrated on Mrs. Reiter. Defendant notes that he

25 was never involved in any other transaction wherein Mutual Credit Corporation or

26 the companies affiliated with Mutual Credit Corporation provided financing for

27 insurance premiums. Defendant further denies that any information was hidden from

28 Mrs. Reiter or any of the Plaintiffs.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1          -2-

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT    CASE NO. CV09-811 AG

3.     Answering paragraph 3 of Plaintiffs' FAC, Defendant admits that non-recourse premium financed life insurance policies can serve legitimate financial and estate planning needs.  Defendant denies the remaining allegations in this paragraph.

4.     Answering paragraph 4 of Plaintiffs' FAC, Defendant admits that an irrevocable trust was established under the laws of the state of California.  Defendant further admits that David Doten acted as the administrative trustee of the trust, and that Richard Swope was designated as the investment trustee of the Trust.  Defendant denies all the remaining allegations in this paragraph.

5.     Answering paragraph 5 of Plaintiffs' FAC, Defendant denies each and every allegation therein.

6.     Answering paragraph 6 of Plaintiffs' FAC, Defendant admits that a Jefferson Pilot Life Insurance Company policy, policy number JP5516872, with a death benefit of $9 million, was procured.  Defendant denies that he was the insurance agent or broker of record for the insurance policy.  Defendant further denies that he received a commission or payment associated with the acquisition of the Jefferson Pilot policy.  With regard to all the remaining allegations in this paragraph, Defendant states that he lacks sufficient information and belief to either admit or deny the allegations, and denies them on that ground.

7.     Answering paragraph 7 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

8.     Answering paragraph 8 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein, and on that basis denies each and every allegation contained therein.

9.     Answering paragraph 9 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein, and on that basis denies each and every allegation contained therein.

10.     Answering paragraph 10 of Plaintiffs' FAC, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein and, on that

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                                    -3-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

basis, denies each and every allegation contained therein.

11. Answering paragraph 11 of Plaintiffs' FAC, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

12. Answering paragraph 12 of Plaintiffs' FAC, Defendant denies all allegations contained therein.

13. Answering paragraph 13 of Plaintiffs' FAC, Defendant denies that he obtained a personal loan to pay off the initial loan. With regard to the remaining allegations in this paragraph, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein, and on that basis denies each and every allegation.

14. Answering paragraph 14 of Plaintiffs' FAC, Defendant lacks sufficient information and belief upon which to either admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation.

15. Answering paragraph 15 of Plaintiffs' FAC, Defendant denies collecting or receiving any commissions on the sale of the policy. Defendant further denies that any commissions were earned by any parties that were not disclosed to the Plaintiffs.

16. Answering paragraph 16 of Plaintiffs' FAC, Defendant denies reporting to Christopher Reiter that the sale price of the policy was One Million Nine Hundred Eighty Thousand Dollars ($1,980,000.00). With regard to the remaining allegations in this paragraph, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

17. Answering paragraph 17 of Plaintiffs' FAC, Defendant denies that he profited from any portion of the transaction, that he received any commissions, kick backs, or other fees and value. Defendant further denies that Mrs. Reiter's son received nothing of value in the transaction other than a tax bill, resulting in a net

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

loss of $31,334.00. Defendant denies surrendering any amount of money to Mr. Reiter, noting that he never received any money in the first instance. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and, on that basis, denies each and every remaining allegation contained therein.

18.    Answering paragraph 18 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

19.    Answering paragraph 19 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

20.    Answering paragraph 20 of Plaintiffs' FAC, Defendant lacks sufficient information upon which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

21.    Answering paragraph 21 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein. Specifically, Defendant denies ever insisting the Mrs. Reiter create an irrevocable insurance trust.

22.    Answering paragraph 22 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

23.    Answering paragraph 23 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

24.    Answering paragraph 24 of Plaintiffs FAC, Defendant denies that he had any fee sharing agreement with Mike Brown, Mark Goodman, Anthony Jacobson, Richard Swope, or any of the defendants in this action. Defendant did not earn a commission on any portion of the transactions identified in Plaintiffs' FAC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -5-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1   As to the remaining allegations in this paragraph, Defendant lacks sufficient

2   information and belief on which to either admit or deny the allegations contained

3   therein and, on that basis, denies each and every remaining allegation.

4         25.    Answering paragraph 25 of Plaintiffs' FAC, Defendant lacks sufficient

5   information and belief on which to either admit or deny the allegations contained

6   therein and, on that basis, denies each and every allegation contained therein.

7         26.    Answering paragraph 26 of Plaintiffs' FAC, Defendant lacks sufficient

8   information and belief on which to either admit or deny the allegations contained

9   therein and, on that basis, denies each and every allegation contained therein.

10         27.    Answering paragraph 27 of Plaintiffs' FAC, Defendant lacks sufficient

11   information and belief on which to either admit or deny the allegations contained

12   therein and, on that basis, denies each and every allegation contained therein.

13         28.    Answering paragraph 28, Defendant lacks sufficient information and

14   belief on which to either admit or deny the allegations contained therein and, on that

15   basis, denies each and every allegation contained therein.

16         29.    Answering paragraph 29, Defendant lacks sufficient information and

17   belief on which to either admit or deny the allegations contained therein and, on that

18   basis, denies each and every allegation contained therein.

19         30.    Answering paragraph 30 of Plaintiffs' FAC, Defendant lacks sufficient

20   information and belief on which to either admit or deny the allegations contained

21   therein and, on that basis, denies each and every allegation contained therein.

22         31.    Answering paragraph 31 of Plaintiff's FAC, Defendant lacks sufficient

23   information and belief on which to either admit or deny the allegations contained

24   therein and, n that basis, denies each and every allegation contained therein.

25         32.    Answering paragraph 32 of Plaintiffs' FAC, Defendant lacks sufficient

26   information and belief on which to either admit or deny the allegations contained

27   therein and, on that basis, denies each and every allegation contained therein.

28         33.    Answering paragraph 33 of Plaintiffs' FAC, Defendant lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1   information and belief on which to either admit or deny the allegations contained
2   therein and, on that basis, denies each and every allegation contained therein.

3   34.   Answering paragraph 34 of Plaintiffs' FAC, Defendant lacks sufficient
4   information and belief on which to either admit or deny the allegations contained
5   therein and, on that basis, denies each and every allegation contained therein.

6   35.   Answering paragraph 35 of Plaintiffs' FAC, Defendant admits that he is
7   a resident of the State of Florida.  Defendant admits that he was employed as a
8   salaried employee of National Wealth Advisors, and later worked for Rumson
9   Capital.  Defendant denies that he had any role in identifying Mrs. Reiter as a
10  potential insured who could benefit from the MCC program.  Defendant denies being
11  part of a scheme or acting as an insurance agent or broker or other fiduciary for the
12  acquisition or sale of the Jefferson Pilot policy.

13  36.   Answering paragraph 36 of Plaintiffs' FAC, Defendant admits that Mr.
14  Goodman is a principal of National Wealth Advisors.  Defendant states that he lacks
15  sufficient information and belief on which to either admit or deny the remaining
16  allegations contained in this paragraph and, on that basis, denies the remaining
17  allegations contained therein.

18  37.   Answering paragraph 37 of Plaintiffs' FAC, Defendant denies that
19  National Wealth Advisors brokers life insurance policies through Mr. Shelbaugh.
20  Defendant admits that Mr. Goodman is an officer, principal or director of National
21  Wealth Advisors.

22  38.   Answering paragraph 38 of Plaintiffs' FAC, Defendant lacks sufficient
23  information and belief on which to either admit or deny the allegations contained
24  therein and, on that basis, denies each and every allegation contained therein.

25  39.   Answering paragraphs 39 of Plaintiffs' FAC, Defendant lacks sufficient
26  information and belief on which to either admit or deny the allegations contained
27  therein and, on that basis, denies each and every allegation contained therein.

28  40.   Answering paragraph 40 of Plaintiffs' FAC, Defendant lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1   information and belief on which to either admit or deny the allegations contained

2   therein and, on that basis, denies each and every allegation contained therein.

3        41.    Answering paragraph 41 of Plaintiffs' FAC, Defendant lacks sufficient

4   information and belief on which to either admit or deny the allegations contained

5   therein and, on that basis, denies each and every allegation contained therein.

6        42.    Answering paragraph 42 of Plaintiffs' FAC, Defendant denies that he

7   obtained any commissions and that he shared any commissions with any of the other

8   defendants in this action, including Mr. Sam Mangel.  As to the remaining

9   allegations contained in paragraph 42, Defendant states that he lacks sufficient

10  information upon which to either admit or deny the allegations contained therein and,

11  on that basis, denies each and every remaining contained therein.

12       43.    Answering paragraph 43 of Plaintiffs' FAC, Defendant denies that he

13  obtained any commissions and that he shared any commissions with any of the other

14  defendants in this action, including Mr. Robert Meyer.  As to the remaining

15  allegations contained in paragraph 43, Defendant states that he lacks sufficient

16  information upon which to either admit or deny the allegations contained therein and,

17  on that basis, denies each and every remaining contained therein.

18       44.    Answering paragraph 44 of Plaintiffs' FAC, Defendant lacks sufficient

19  information and belief on which to either admit or deny the allegations contained

20  therein and, on that basis, denies each and every allegation contained therein.

21       45.    Answering paragraph 45 of Plaintiffs' FAC,  Defendant lacks sufficient

22  information and belief on which to either admit or deny the allegations contained

23  therein and, on that basis, denies each and every allegation contained therein.

24       46.    Answering paragraph 46 of Plaintiffs' FAC, Defendant lacks sufficient

25  information and belief on which to either admit or deny the allegations contained

26  therein and, on that basis, denies each and every allegation contained therein.

27       47.    Answering paragraph 47 of Plaintiffs' FAC, Defendant lacks sufficient

28  information and belief on which to either admit or deny the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                               -8-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1 | therein, and on that basis, denies each and every allegation contained therein.

2 |        48.     Answering paragraph 48 of Plaintiffs' FAC, Defendant lacks sufficient
3 | information and belief on which to either admit or deny the allegations contained
4 | therein and, on that basis, denies each and every allegation contained therein.

5 |        49.     Answering paragraph 49 of Plaintiffs' FAC, Defendant lacks sufficient
6 | information and belief on which to either admit or deny the allegations contained
7 | therein, and on that basis, denies each and every allegation contained therein.

8 |        50.     Answering paragraph 50 of Plaintiffs' FAC, Defendant lacks sufficient
9 | information and belief on which to either admit or deny the allegations contained
10 | therein, and on that basis, denies each and every allegation contained therein.

11 |        51.     Answering paragraph 51 of Plaintiffs' FAC, Defendant lacks sufficient
12 | information and belief on which to either admit or deny the allegations contained
13 | therein and, on that basis, denies each and every allegation contained therein.

14 |        52.     Answering paragraph 52 of Plaintiffs' FAC, Defendant lacks sufficient
15 | information and belief on which to either admit or deny the allegations contained
16 | therein and, on that basis, denies each and every allegation contained therein.

17 |        53.     Answering paragraph 53 of Plaintiffs' FAC, Defendant lacks sufficient
18 | information and belief on which to either admit or deny the allegations contained
19 | therein and, on that basis, denies each and every allegation contained therein.

20 |        54.     Answering paragraph 54 of Plaintiffs' FAC, Defendant lacks sufficient
21 | information and belief on which to either admit or deny the allegations contained
22 | therein and, on that basis, denies each and every allegation contained therein.

23 |        55.     Answering paragraph 55 of Plaintiffs' FAC, Defendant lacks sufficient
24 | information and belief on which to either admit or deny the allegations contained
25 | therein and, on that basis, denies each and every allegation contained therein.

26 |        56.     Answering paragraph 56 of Plaintiffs' FAC, Defendant lacks sufficient
27 | information and belief on which to either admit or deny the allegations contained
28 | therein and, on that basis, denies each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

57.    Answering paragraph 57 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

58.    Answering paragraph 58 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

59.    Answering paragraph 59 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

60.    Answering paragraph 60 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

61.    Answering paragraph 61 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

62.    Answering paragraph 62 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

63.    Answering paragraph 63 of Plaintiffs' FAC, Defendants lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

64.    Answering paragraph 64 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

65.    Answering paragraph 65 of Plaintiff's FAC Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

66.    Answering paragraph 66 of Plaintiff's FAC, Defendant lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -10-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1   information and belief on which to either admit or deny the allegations contained
2   therein and, on that basis, denies each and every allegation contained therein.

3       67.     Answering paragraph 67 of Plaintiff's FAC, Defendant lacks sufficient
4   information and belief on which to either admit or deny the allegations contained
5   therein and, on that basis, denies each and every allegation contained therein.

6       68.     Answering paragraph 68 of Plaintiff's FAC,  Defendant lacks sufficient
7   information and belief on which to either admit or deny the allegations contained
8   therein and, on that basis, denies each and every allegation contained therein.

9       69.     Answering paragraph 69 of Plaintiff's FAC, Defendant lacks sufficient
10  information and belief on which to either admit or deny the allegations contained
11  therein and, on that basis, denies each and every allegation contained therein.

12      70.     Answering paragraph 70 of Plaintiffs' FAC, Defendant lacks sufficient
13  information and belief on which to either admit or deny the allegations contained
14  therein and, on that basis, denies each and every allegation contained therein.

15      71.     Answering paragraph 71 of Plaintiffs' FAC, Defendant lacks sufficient
16  information and belief on which to either admit or deny the allegations contained
17  therein and, on that basis, denies each and every allegation contained therein.

18      72.     Answering paragraph 72 of Plaintiffs' FAC, Defendant lacks sufficient
19  information and belief on which to either admit or deny the allegations contained
20  therein and, on that basis, denies each and every allegation contained therein.

21      73.     Answering paragraph 73 of Plaintiffs' FAC, Defendant lacks sufficient
22  information and belief on which to either admit or deny the allegations contained
23  therein and, on that basis, denies each and every allegation contained therein.

24      74.     Answering paragraph 74 of Plaintiffs' FAC, Defendant lacks sufficient
25  information and belief on which to either admit or deny the allegations contained
26  therein and, on that basis, denies each and every allegation contained therein.

27      75. Answering paragraph 75 of Plaintiffs' FAC, Defendant lacks sufficient
28  information and belief on which to either admit or denies the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -11-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

1   therein and, on that basis, denies each and every allegation contained therein.

2       76.   Answering paragraph 76 of Plaintiffs' FAC, Defendant lacks sufficient

3   information and belief on which to either admit or denies the allegations contained

4   therein and, on that basis, denies each and every allegation contained therein.

5       77.   Answering paragraph 77 of Plaintiffs' FAC, Defendant lacks sufficient

6   information and belief on which to either admit or denies the allegations contained

7   therein and, on that basis, denies each and every allegation contained therein.

8       78.   Answering paragraph 78 of Plaintiffs' FAC, Defendant lacks sufficient

9   information and belief on which to either admit or denies the allegations contained

10  therein and, on that basis, denies each and every allegation contained therein.

11      79.   Answering paragraph 79 of Plaintiffs' FAC, Defendant lacks sufficient

12  information and belief on which to either admit or denies the allegations contained

13  therein and, on that basis, denies each and every allegation contained therein.

14      80.   Answering paragraph 80 of Plaintiffs' FAC, Defendant lacks sufficient

15  information and belief on which to either admit or denies the allegations contained

16  therein and, on that basis, denies each and every allegation contained therein.

17      81.   Answering paragraph 81 of Plaintiffs' FAC, Defendant lacks sufficient

18  information and belief on which to either admit or denies the allegations contained

19  therein and, on that basis, denies each and every allegation contained therein.

20      82.   Answering paragraph 82 of Plaintiffs' FAC, Defendant lacks sufficient

21  information and belief on which to either admit or denies the allegations contained

22  therein and, on that basis, denies each and every allegation contained therein.

23  defendant denies all allegations contained therein.

24      83.   Answering paragraph 83 of Plaintiffs' FAC, Defendant denies that he

25  had any involvement in any predatory scheme or enterprise, and he lacks information

26  and belief on which to either admit or deny the allegations contained in the rest of

27  this paragraph and, on that basis, denies each and every allegation contained therein.

28      84.   Answering paragraph 84 of Plaintiffs' FAC, Defendant denies that he

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1  had any involvement in any predatory scheme or enterprise, and he lacks information

2  and belief on which to either admit or deny the allegations contained in the rest of

3  this paragraph and, on that basis, denies each and every allegation contained therein.

4      85.    Answering paragraph 85 of Plaintiffs' FAC, Defendant denies that he

5  had any involvement in any predatory scheme or enterprise, and he lacks information

6  and belief on which to either admit or deny the allegations contained in the rest of

7  this paragraph and, on that basis, denies each and every allegation contained therein.

8      86.    Answering paragraph 86 of Plaintiffs' FAC, Defendant denies that he

9  had any involvement in any predatory scheme or enterprise, and he lacks information

10  and belief on which to either admit or deny the allegations contained in the rest of

11  this paragraph and, on that basis, denies each and every allegation contained therein.

12      87.    Answering paragraph 87 of Plaintiffs' FAC, Defendant denies that he

13  had any involvement in any predatory scheme or enterprise, and he lacks information

14  and belief on which to either admit or deny the allegations contained in the rest of

15  this paragraph and, on that basis, denies each and every allegation contained therein.

16      88.    Answering paragraph 88 of Plaintiffs' FAC, Defendant denies that he

17  had any involvement in any predatory scheme or enterprise, and he lacks information

18  and belief on which to either admit or deny the allegations contained in the rest of

19  this paragraph and, on that basis, denies each and every allegation contained therein.

20      89.    Answering paragraph 89 of Plaintiffs' FAC, Defendant denies that he

21  had any involvement in any predatory scheme or enterprise, and he lacks information

22  and belief on which to either admit or deny the allegations contained in the rest of

23  this paragraph and, on that basis, denies each and every allegation contained therein.

24      90.    Answering paragraph 90 of Plaintiffs' FAC, Defendant denies that he

25  had any involvement in any predatory scheme or enterprise, and he lacks information

26  and belief on which to either admit or deny the allegations contained in the rest of

27  this paragraph and, on that basis, denies each and every allegation contained therein.

28      91.    Answering paragraph 91 of Plaintiffs' FAC, Defendant denies that he

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1    had any involvement in any predatory scheme or enterprise, and he lacks information

2    and belief on which to either admit or deny the allegations contained in the rest of

3    this paragraph and, on that basis, denies each and every allegation contained therein.

4          92.    Answering paragraph 92 of Plaintiffs' FAC, Defendant denies that he

5    was involved in any scheme to identify vulnerable elderly individuals, coerce them to

6    borrow using MCC's premium financing program, or structure the program in such a

7    way as to cause elderly persons to lose their insurable interest or pay unfair or

8    unconscionable costs or interest.  As to the remaining allegations in paragraph 92,

9    Defendant states that he lacks sufficient information and belief on which to either

10   admit or deny the remaining allegations, and denies them on that ground.

11         93.    Answering paragraph 93 of Plaintiffs' FAC, Defendant lacks sufficient

12   information and belief on which to either admit or deny the allegations contained

13   therein, and denies them on that ground.

14         94.    Answering paragraph 94 of Plaintiffs' FAC, Defendant lacks sufficient

15   information and belief on which to either admit or deny the allegations contained

16   therein, and denies them on that ground.

17         95.    Answering paragraph 95 of Plaintiffs' FAC, Defendant denies each and

18   every allegation contained therein.

19         96.    Answering paragraph 96 of Plaintiffs' FAC, Defendant denies each and

20   every allegation contained therein.

21         97.    Answering paragraph 97 of Plaintiffs' FAC, Defendant denies each and

22   every allegation contained therein.

23         98.    Answering paragraph 98 of Plaintiffs' FAC, Defendant lacks sufficient

24   information and belief on which to either admit or denies the allegations contained

25   therein and, on that basis, denies each and every allegation contained therein.

26         99.    Answering paragraph 99 of Plaintiffs' FAC,  Defendant lacks sufficient

27   information and belief on which to either admit or deny the allegations contained

28   therein and, on that basis, denies each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -14-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

100.   Answering paragraph 100, of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

101.   Answering paragraph 101 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein..

102.   Answering paragraph 102 of Plaintiffs' FAC,  Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

103.   Answering paragraph 103 of Plaintiffs' FAC,  Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

104.   Answering paragraph 104 of Plaintiffs' FAC,  Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

105.   Answering paragraph 105 of Plaintiffs' FAC,  Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

106.   Answering paragraph 106  of Plaintiffs' FAC,  Defendant lacks sufficient information and belief on which to either admit or denies the allegations contained therein and, on that basis, denies each and every allegation contained therein.

107.   Answering paragraph 107 of Plaintiffs' FAC,  Defendant lacks

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  sufficient information and belief on which to either admit or denies the allegations
2  contained therein and, on that basis, denies each and every allegation contained
3  therein.

4       108.   Answering paragraph 108 of Plaintiffs' FAC, Defendant lacks
5  sufficient information and belief on which to either admit or denies the allegations
6  contained therein and, on that basis, denies each and every allegation contained
7  therein.

8       109.   Answering paragraph 109 of Plaintiffs' FAC, Defendant lacks
9  sufficient information and belief on which to either admit or denies the allegations
10  contained therein and, on that basis, denies each and every allegation contained
11  therein.

12       110.   Answering paragraph 110 of Plaintiffs' FAC, Defendant lacks
13  sufficient information and belief on which to either admit or denies the allegations
14  contained therein and, on that basis, denies each and every allegation contained
15  therein.

16       111.   Answering paragraph 111 of Plaintiffs' FAC, Defendant lacks
17  sufficient information and belief on which to either admit or denies the allegations
18  contained therein and, on that basis, denies each and every allegation contained
19  therein.

20       112.   Answering paragraph 112 of Plaintiffs' FAC, Defendant lacks
21  sufficient information and belief on which to either admit or denies the allegations
22  contained therein and, on that basis, denies each and every allegation contained
23  therein.

24       113.   Answering paragraph 113 of Plaintiffs' FAC, Defendant lacks
25  sufficient information and belief on which to either admit or denies the allegations
26  contained therein and, on that basis, denies each and every allegation contained
27  therein.

28       114.   Answering paragraph 114 of Plaintiffs' FAC, Defendant lacks

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT       CASE NO. CV09-811 AG

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1  sufficient information and belief on which to either admit or denies the allegations

2  contained therein and, on that basis, denies each and every allegation contained

3  therein.

4        115.   Answering paragraph 115 of Plaintiffs' FAC, Defendant lacks

5  sufficient information and belief on which to either admit or denies the allegations

6  contained therein and, on that basis, denies each and every allegation contained

7  therein.

8        116.   Answering paragraph 116 of Plaintiffs' FAC, Defendant lacks

9  sufficient information and belief on which to either admit or denies the allegations

10  contained therein and, on that basis, denies each and every allegation contained

11  therein.

12       117.   Answering paragraph 117 of Plaintiffs' FAC, Defendant lacks

13  sufficient information and belief on which to either admit or denies the allegations

14  contained therein and, on that basis, denies each and every allegation contained

15  therein.

16       118.   Answering paragraph 118 of Plaintiffs' FAC, Defendant lacks

17  sufficient information and belief on which to either admit or denies the allegations

18  contained therein and, on that basis, denies each and every allegation contained

19  therein.

20       119.   Answering paragraph 119 of Plaintiffs' FAC, Defendant lacks

21  sufficient information and belief on which to either admit or denies the allegations

22  contained therein and, on that basis, denies each and every allegation contained

23  therein.

24       120.   Answering paragraph 120 of Plaintiffs' FAC, Defendant lacks

25  sufficient information and belief on which to either admit or denies the allegations

26  contained therein and, on that basis, denies each and every allegation contained

27  therein.

28       121.   Answering paragraph 121 of Plaintiffs' FAC, Defendant lacks

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  sufficient information and belief on which to either admit or denies the allegations

2  contained therein and, on that basis, denies each and every allegation contained

3  therein.

4     122.   Answering paragraph 122 of Plaintiffs' FAC, Defendant denies each

5  and every allegation contained therein.

6     123.   Answering paragraph 123 of Plaintiffs' FAC, Defendant denies each

7  and every allegation contained therein.

8     124.   Answering paragraph 124 of Plaintiffs' FAC, Defendant denies each

9  and every allegation contained therein.

10    125.   Answering paragraph 125 of Plaintiffs' FAC, Defendant denies each

11  and every allegation contained therein.

12    126.   Answering paragraph 126 of Plaintiffs' FAC, Defendant lacks

13  sufficient information and belief on which to either admit or denies the allegations

14  contained therein and, on that basis, denies each and every allegation contained

15  therein.

16    127.   Answering paragraph 127 of Plaintiffs' FAC, Defendant lacks

17  sufficient information and belief on which to either admit or denies the allegations

18  contained therein and, on that basis, denies each and every allegation contained

19  therein.

20    128.   Answering paragraph 128 of Plaintiffs' FAC, Defendant lacks

21  sufficient information and belief on which to either admit or denies the allegations

22  contained therein and, on that basis, denies each and every allegation contained

23  therein.

24    129.   Answering paragraph 129 of Plaintiffs' FAC, Defendant lacks

25  sufficient information and belief on which to either admit or denies the allegations

26  contained therein and, on that basis, denies each and every allegation contained

27  therein.

28    130.   Answering paragraph 130 of Plaintiffs' FAC, Defendant lacks

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1   sufficient information and belief on which to either admit or denies the allegations

2   contained therein and, on that basis, denies each and every allegation contained

3   therein.

4        131.   Answering paragraph 131 of Plaintiffs' FAC, Defendant lacks

5   sufficient information and belief on which to either admit or denies the allegations

6   contained therein and, on that basis, denies each and every allegation contained

7   therein.

8        132.   Answering paragraph 132 of Plaintiffs' FAC, Defendant lacks

9   sufficient information and belief on which to either admit or denies the allegations

10  contained therein and, on that basis, denies each and every allegation contained

11  therein.

12       133.   Answering paragraph 133 of Plaintiffs' FAC, Defendant lacks

13  sufficient information and belief on which to either admit or denies the allegations

14  contained therein and, on that basis, denies each and every allegation contained

15  therein.

16       134.   Answering paragraph 134 of Plaintiffs' FAC, Defendant lacks

17  sufficient information and belief on which to either admit or denies the allegations

18  contained therein and, on that basis, denies each and every allegation contained

19  therein.

20       135.   Answering paragraph 135 of Plaintiffs' FAC, Defendant lacks

21  sufficient information and belief on which to either admit or denies the allegations

22  contained therein and, on that basis, denies each and every allegation contained

23  therein.

24       136.   Answering paragraph 136 of Plaintiffs' FAC, Defendant lacks

25  sufficient information and belief on which to either admit or denies the allegations

26  contained therein and, on that basis, denies each and every allegation contained

27  therein.

28       137.   Answering paragraph 137 of Plaintiffs' FAC, Defendant lacks

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -19-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  sufficient information and belief on which to either admit or denies the allegations

2  contained therein and, on that basis, denies each and every allegation contained

3  therein.

4      138.   Answering paragraph 138 of Plaintiffs' FAC,  Defendant lacks

5  sufficient information and belief on which to either admit or denies the allegations

6  contained therein and, on that basis, denies each and every allegation contained

7  therein.

8      139.   Answering paragraph 139 of Plaintiffs' FAC,  Defendant lacks

9  sufficient information and belief on which to either admit or denies the allegations

10  contained therein and, on that basis, denies each and every allegation contained

11  therein.

12      140.   Answering paragraph 140 of Plaintiffs' FAC,  Defendant denies acting

13  as MCC's or Sierra's agent.  Defendant further denies conspiring with MCC.  With

14  regard to the remaining portions of paragraph 140 of Plaintiffs' FAC, Defendant

15  lacks sufficient information and belief on which to either admit or deny the

16  allegations contained therein and, on that basis, denies each and every remaining

17  allegation contained therein.

18      141.   Answering paragraph 141 of Plaintiffs' FAC, Defendant denies meeting

19  with Anthony Jacobson in Florida.  Defendant further denies participating in any

20  conspiracy with MCC.  With regarding to the remaining portions of paragraph 141 of

21  Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either

22  admit or deny the allegations contained therein and, on that basis, denies each and

23  every remaining allegation contained therein.

24      142.   Answering paragraph 142 of Plaintiffs' FAC, Defendant lacks sufficient

25  information and belief on which to either admit or deny the allegations contained

26  therein and, on that basis, denies each and every remaining allegation contained

27  therein.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                      -20-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

143.   Answering paragraph 143 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

144.   Answering paragraph 144 of Plaintiffs' FAC, Defendant admits that Mrs. Reiter approved the release of certain medical and personal information to determine her insurability.  As to the remaining portions of paragraph 144 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

145.   Answering paragraph 145 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

146.   Answering paragraph 146 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

147.   Answering paragraph 147 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

148.   Answering paragraph 148 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

149.   Answering paragraph 149 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

150.   Answering paragraph 150 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

151.   Answering paragraph 151 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

152.   Answering paragraph 152 of Plaintiffs' FAC, Defendant denies each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT    CASE NO. CV09-811 AG

1    and every allegation contained therein.

2        153.   Answering paragraph 153 of Plaintiffs' FAC, Defendant denies each

3    and every allegation contained therein.

4        154.   Answering paragraph 154 of Plaintiffs' FAC, Defendant denies each

5    and every allegation contained therein.

6        155.   Answering paragraph 155 of Plaintiffs' FAC, Defendant lacks sufficient

7    information and belief on which to either admit or deny the allegations contained

8    therein and, on that basis, denies each and every allegation contained therein.

9        156.   Answering paragraph 156 of Plaintiffs' FAC, lacks sufficient

10   information and belief on which to either admit or deny the allegations contained

11   therein and, on that basis, denies each and every allegation contained therein.

12       157.   Answering paragraph 157 of Plaintiffs' FAC, Defendant lacks sufficient

13   information and belief on which to either admit or deny the allegations contained

14   therein and, on that basis, denies each and every allegation contained therein.

15       158.   Answering paragraph 158 of Plaintiffs' FAC, Defendant admits that Ms.

16   Reiter submitted an application for insurance.

17       159.   Answering paragraph 159 of Plaintiffs' FAC, Defendant denies the

18   allegations contained therein.

19       160.   Answering paragraph 160 of Plaintiffs' FAC, Defendant admits that Mr.

20   Swope was the investment trustee of the Reiter trust.  Defendant denies that there

21   was a scheme or that Defendant participated in the execution of the scheme.

22       161.   Answering paragraph 161 of Plaintiffs' FAC, Defendant admits that Mr.

23   Swope acted as the investment trustee, that Mr. Swope determined that it was in the

24   best interest of the trust beneficiaries of the Reiter trust to use premium financing,

25   and that Mr. Swope was communicating with Mr. Doten.  Defendant denies all the

26   remaining allegations contained in this paragraph.

27       162.   Answering paragraph 162 of Plaintiffs' FAC, Defendant denies that he

28   presented the application to Sierra or that he acted as the insurance agent or broker of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -22-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  record for the application. With regard to the remaining allegations in paragraph 162
2  of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to
3  either admit or deny the allegations and, on that basis, denies each and every
4  remaining allegation contained therein.

5       163.   Answering paragraph 163 of Plaintiffs' FAC, Defendant admits that
6  Northbridge applied for a life insurance policy on Mrs. Reiter's life. Defendant
7  denies that he over-stated Mrs. Reiter's net worth to justify a life insurance policy in
8  excess of $5 million. With regard to the remaining allegations in paragraph 163 of
9  Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either
10 admit or deny the allegations and, on that basis, denies each and every remaining
11 allegation contained therein.

12      164.   Answering paragraph 164 of Plaintiffs' FAC, Defendant lacks sufficient
13 information and belief on which to either admit or deny the allegations contained
14 therein and, on that basis, denies each and every allegation contained therein.

15      165.   Answering paragraph 165 of Plaintiffs' FAC, Defendant lacks sufficient
16 information and belief on which to either admit or deny the allegations contained
17 therein and, on that basis, denies each and every allegation contained therein.

18      166.   Answering paragraph 166 of Plaintiffs' FAC, Defendant admits that
19 David Doten was named as the administrative trustee of the Reiter Trust. Defendant
20 denies that there was any scheme or that he participated in any scheme.

21      167.   Answering paragraph 167 of Plaintiffs' FAC, Defendant admits that Mr.
22 Doten acting as the administrative trustee of the Trust, submitted an application for
23 life insurance. Defendant denies that there was any scheme or that he acted or
24 participated in any scheme.

25      168.   Answering paragraph 168 of Plaintiffs' FAC, Defendant denies the
26 allegations contained therein.

27      169.   Answering paragraph 169 of Plaintiffs' FAC, Defendant admits that Mr.
28 Swope was the investment trustee of the Reiter Trust. Defendant denies that there

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1 │ was any scheme or that he acted as a participant in any scheme.

2 │     170.   Answering paragraph 170 of Plaintiffs' FAC, Defendant admits that Mr.

3 │ Swope determined that it was in the best interest of the Trust beneficiaries to use

4 │ MCC's premium financing to purchase a policy on Mrs. Reiter's life.  Defendant

5 │ denies that there was any scheme or that he participated in any scheme.  With regard

6 │ to the remaining allegations in paragraph 170 of Plaintiffs' FAC, Defendant lacks

7 │ sufficient information and belief on which to either admit or deny the allegations

8 │ and, on that basis, denies each and every remaining allegation contained therein.

9 │     171.   Answering paragraph 171 of Plaintiffs' FAC, Defendant admits the

10 │ allegations contained therein.

11 │     172.   Answering paragraph 172 of Plaintiffs' FAC, Defendant admits that

12 │ either Jacobson or Northbridge was listed the agent of record for the purpose of the

13 │ Jefferson Pilot policy.  Defendant denies that he shared any commissions on the

14 │ purchase or acquisition of the Jefferson Pilot policy with any of the defendants.

15 │     173   Answering paragraph 173 of Plaintiffs' FAC, Defendant lacks sufficient

16 │ information and belief on which to either admit or deny the allegations contained

17 │ therein and, on that basis, denies each and every allegation contained therein.

18 │     174.   Answering paragraph 174 of Plaintiffs' FAC, Defendant lacks sufficient

19 │ information and belief on which to either admit or deny the allegations contained

20 │ therein and, on that basis, denies each and every allegation contained therein.

21 │     175.   Answering paragraph 175 of Plaintiffs' FAC, Defendant lacks sufficient

22 │ information and belief on which to either admit or deny the allegations contained

23 │ therein and, on that basis, denies each and every allegation contained therein.

24 │     176.   Answering paragraph 176 of Plaintiffs' FAC, Defendant denies that any

25 │ of the defendants absconded with $990,000, or that Christopher Reiter was hit with a

26 │ tax bill as a result of any of the transaction involved in Plaintiffs' FAC.  With regard

27 │ to the remaining allegations, Defendant lacks sufficient information and belief on

28 │ which to either admit or deny the allegations contained therein and, on that basis,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

1   denies each and every allegation contained therein.

2         177.   Answering paragraph 177 of Plaintiffs' FAC, Defendant lacks sufficient

3   information and belief on which to either admit or deny the allegations contained

4   therein and, on that basis, denies each and every allegation contained therein.

5         178.   Answering paragraph 178 of Plaintiffs' FAC, Defendant lacks sufficient

6   information and belief on which to either admit or deny the allegations contained

7   therein and, on that basis, denies each and every allegation contained therein.

8         179.   Answering paragraph 179 of Plaintiffs' FAC, Defendant lacks sufficient

9   information and belief on which to either admit or deny the allegations contained

10  therein and, on that basis, denies each and every allegation contained therein.

11        180.   Answering paragraph 180 of Plaintiffs' FAC, Defendant lacks sufficient

12  information and belief on which to either admit or deny the allegations contained

13  therein and, on that basis, denies each and every allegation contained therein.

14        181.   Answering paragraph 181 of Plaintiffs' FAC, Defendant lacks sufficient

15  information and belief on which to either admit or deny the allegations contained

16  therein and, on that basis, denies each and every allegation contained therein.

17        182.   Answering paragraph 182 of Plaintiffs' FAC, Defendant lacks sufficient

18  information and belief on which to either admit or deny the allegations contained

19  therein and, on that basis, denies each and every allegation contained therein.

20        183.   Answering paragraph 183 of Plaintiffs' FAC, Defendant lacks sufficient

21  information and belief on which to either admit or deny the allegations contained

22  therein and, on that basis, denies each and every allegation contained therein.

23        184.   Answering paragraph 184 of Plaintiffs' FAC, Defendant denies each

24  and every allegation contained therein.

25        185.   Answering paragraph 185 of Plaintiffs' FAC, Defendant denies each

26  and every allegation contained therein.

27        186.   Answering paragraph 186 of Plaintiffs' FAC, Defendant lacks sufficient

28  information and belief on which to either admit or deny the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  therein and, on that basis, denies each and every allegation contained therein.

2      187.   Answering paragraph 187 of Plaintiffs' FAC, Defendant denies each

3  and every allegation contained therein.  Defendant specifically denies earning a

4  broker's fee or commission on any portion of the transaction.

5      188.   Answering paragraph 188 of Plaintiffs' FAC, Defendant denies each

6  and every allegation contained therein.

7      189.   Answering paragraph 189 of Plaintiffs' FAC, Defendant lacks sufficient

8  information and belief on which to either admit or deny the allegations contained

9  therein and, on that basis, denies each and every allegation contained therein.

10     190.   Answering paragraph 190 of Plaintiffs' FAC, Defendant denies each

11 and every allegation contained therein.

12     191.   Answering paragraph 191 of Plaintiffs' FAC, Defendant lacks sufficient

13 information and belief on which to either admit or deny the allegations contained

14 therein and, on that basis, denies each and every allegation contained therein.

15 Defendant specifically denies that he was involved in any illegal scheme, or

16 participated in any illegal scheme.

17     192.   Answering paragraph 192 of Plaintiffs' FAC, Defendant lacks sufficient

18 information and belief on which to either admit or deny the allegations contained

19 therein and, on that basis, denies each and every allegation contained therein.

20     193.   Answering paragraph 193 of Plaintiffs' FAC, Defendant lacks sufficient

21 information and belief on which to either admit or deny the allegations contained

22 therein and, on that basis, denies each and every allegation contained therein.

23     194.   Answering paragraph 194 of Plaintiffs' FAC, Defendant denies each

24 and every allegation contained therein.

25     195.   Answering paragraph 195 of Plaintiffs' FAC, Defendant lacks sufficient

26 information and belief on which to either admit or deny the allegations contained

27 therein and, on that basis, denies each and every allegation contained therein.

28 Defendant notes that he has responded to each and every one of Plaintiffs' requests

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -26-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

for information from him, speaking with Mr. Singler on the telephone and providing e-mails containing all of the documents that were in his possession, and even documents which he had to go out and get from other defendants.

196.   Answering paragraph 196 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

197.   Answering paragraph 197 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

198.   Answering paragraph 198 of Plaintiffs' FAC, Defendant denies that there was a RICO enterprise or that he was part of a RICO enterprise.  Defendant denies that he preyed upon elderly persons of substantial means to exploit their insurable interest, and further denies obtaining any profit by way of fees, commissions, or interest, in connection with Mrs. Reiter or any of the Plaintiffs in this action.  With regard to the remaining allegations in paragraph 198 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the remaining allegations and, on that basis, denies each and every remaining allegation contained therein.

199.   Answering paragraph 199 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny whether MCC is an ongoing and continuing business.  Defendant specifically denies having any continuing relationship with MCC or any of the other defendants in this action.

200.   Answering paragraph 200 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein. Defendant specifically denies that he was involved in any enterprise at that time as defined in the RICO statute.

201.   Answering paragraph 201 of Plaintiffs' FAC, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -27-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1  Defendant specifically denies that he was involved in any enterprise at that time as

2  defined in the RICO statute.

3      202.   Answering paragraph 202 of Plaintiffs' FAC, Defendant denies that he

4  had any systematic linkage between himself and MCC.  Defendant denies acting as a

5  continuing unit with the common purpose with MCC, as well as any of the other

6  defendants in this action.  Defendant specifically denies that he was involved in any

7  RICO enterprise.

8      203.   Answering paragraph 203 of Plaintiffs' FAC, Defendant denies each

9  and every allegation contained therein.

10      204.   Answering paragraph 204 of Plaintiffs' FAC, Defendant denies each

11  and every allegation contained therein.

12      205.   Answering paragraph 205 of Plaintiffs' FAC, Defendant denies each

13  and every allegation contained therein.

14      206.   Answering paragraph 206 of Plaintiffs' FAC, Defendant denies each

15  and every allegation contained therein.

16      207.   Answering paragraph 207 of Plaintiffs' FAC, Defendant denies each

17  and every allegation contained therein.

18      208.   Answering paragraph 208 of Plaintiffs' FAC, Defendant denies each

19  and every allegation contained therein.

20      209.   Answering paragraph 209 of Plaintiffs' FAC, Defendant denies each

21  and every allegation contained therein.

22      210.   Answering paragraph 210 of Plaintiffs' FAC, Defendant denies each

23  and every allegation contained therein.

24      211.   Answering paragraph 211 of Plaintiffs' FAC, Defendant denies each

25  and every allegation contained therein.

26      212.   Answering paragraph 212 of Plaintiffs' FAC, Defendant denies each

27  and every allegation contained therein.

28      213.   Answering paragraph 213 of Plaintiffs' FAC, Defendant denies each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT     CASE NO. CV09-811 AG

1   and every allegation contained therein.

2       214.  Answering paragraph 214 of Plaintiffs' FAC, Defendant states that

3   section 1961 (6) of the RICO statute speaks for itself.  Defendant denies each and

4   every other allegation contained therein.

5       215.  Answering paragraph 215 of Plaintiffs' FAC, Defendant states that 18

6   U.S.C. § 1341 speaks for itself.  Defendant denies each and every other allegation

7   contained therein.

8       216.  Answering paragraph 216 of Plaintiffs' FAC, Defendant denies each

9   and every other allegation contained therein.

10       217.  Answering paragraph 217 of Plaintiffs' FAC, Defendant denies each

11   and every other allegation contained therein.

12       218.  Answering paragraph 218 of Plaintiffs' FAC, Defendant denies each

13   and every other allegation contained therein.

14       219.  Answering paragraph 219 of Plaintiffs' FAC, Defendant denies each

15   and every other allegation contained therein.

16       220.  Answering paragraph 220 of Plaintiffs' FAC, Defendant denies each

17   and every other allegation contained therein.

18       221.  Answering paragraph 221 of Plaintiffs' FAC, Defendant denies each

19   and every other allegation contained therein.

20       222.  Answering paragraph 222 of Plaintiffs' FAC, Defendant states that

21   section 1962(c) of the RICO statute speaks for itself.  With regard to the remaining

22   allegations in paragraph 222, Defendant denies each and every other allegation

23   contained therein.

24       223.  Answering paragraph 223 of Plaintiffs' FAC, Defendant denies each

25   and every other allegation contained therein.

26       224.  Answering paragraph 224 of Plaintiffs' FAC, Defendant denies each

27   and every other allegation contained therein.

28       225.  Answering paragraph 225 of Plaintiffs' FAC, Defendant denies each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1   and every other allegation contained therein.

2       226.   Answering paragraph 226 of Plaintiffs' FAC, Defendant states that

3   section 1961(a) of the RICO statute speaks for itself.  Defendant denies each and

4   every other allegation contained therein.

5       227.   Answering paragraph 227 of Plaintiffs' FAC, Defendant states that

6   1961(b) of the RICO statute speaks for itself.  Defendant denies each and every other

7   allegation contained therein.

8       228.   Answering paragraph 228 of Plaintiffs' FAC, Defendant states that

9   1961(c) of the RICO statute speaks for itself.  Defendant denies each and every other

10  allegation contained therein.

11      229.   Answering paragraph 229 of Plaintiffs' FAC, Defendant states that

12  1961(d) of the RICO statute speaks for itself.  Defendant denies each and every other

13  allegation contained therein.

14      230.   Answering paragraph 230 of Plaintiffs' FAC, Defendant denies each

15  and every other allegation contained therein.

16      231.   Answering paragraph 231 of Plaintiffs' FAC, Defendant denies each

17  and every other allegation contained therein.

18      232.   Answering paragraph 232 of Plaintiffs' FAC, Defendant denies each

19  and every other allegation contained therein.

20      233.   Answering paragraph 233 of Plaintiffs' FAC, Defendant denies each

21  and every other allegation contained therein.

22      234 - 248    Answering paragraph 234 - 248 of Plaintiffs' FAC, Defendant

23  responds as follows:

24      Paragraphs 234 through 248 of Plaintiffs' FAC contain class action

25  allegations.  The class action has not been asserted against this defendant, who

26  provides no response to these allegations, on the basis that they are not brought

27  against him.  To the extent that the allegations require a response, Defendant states

28  that he lacks sufficient information and belief upon which to admit or deny the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1    allegations, and denies them on those grounds.

2        249.   Answering paragraph 249 of Plaintiffs' FAC, Defendant denies each

3    and every other allegation contained therein.

4        250.   Answering paragraph 250 of Plaintiffs' FAC, Defendant denies each

5    and every other allegation contained therein.

6        251.   Answering paragraph 251 of Plaintiffs' FAC, Defendant denies each

7    and every other allegation contained therein.

8        252.   Answering paragraph 252 of Plaintiffs' FAC, Defendant denies each

9    and every other allegation contained therein.

10       253.   Answering paragraph 253 of Plaintiffs' FAC, Defendant denies each

11   and every other allegation contained therein.

12       254.   Answering paragraph 254 of Plaintiffs' FAC, Defendant lacks sufficient

13   information and belief on which to either admit or deny the allegations contained

14   therein and, on that basis, denies each and every allegation contained therein.

15       255.   Answering paragraph 255 of Plaintiffs' FAC, Defendant denies each

16   and every allegation contained therein.

17       256.   Answering paragraph 256 of Plaintiffs' FAC, Defendant denies each

18   and every allegation contained therein.

19       257.   Answering paragraph 257 of Plaintiffs' FAC, Defendant incorporates by

20   reference his response to paragraphs 1 through 256, as set forth above.

21       258.   Answering paragraph 258 of Plaintiffs' FAC, Defendant states that 18

22   U.S.C. § 1962(a)-(d) speaks for itself.  Defendant denies each and every other

23   allegation contained therein.

24       259.   Answering paragraph 259 of Plaintiffs' FAC, Defendant denies each

25   and every allegation contained therein.

26       260.   Answering paragraph 260 of Plaintiffs' FAC, Defendant denies each

27   and every allegation contained therein.

28       261.   Answering paragraph 261 of Plaintiffs' FAC, Defendant denies each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                          -31-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1  and every allegation contained therein.

2      262.  Answering paragraph 262 of Plaintiffs' FAC, Defendant denies each

3  and every allegation contained therein.

4      263.  Answering paragraph 263 of Plaintiffs' FAC, Defendant denies each

5  and every allegation contained therein.

6      264.  Answering paragraph 264 of Plaintiffs' FAC, Defendant denies each

7  and every allegation contained therein.

8      265.  Answering paragraph 265 of Plaintiffs' FAC, Defendant denies each

9  and every allegation contained therein.

10      266.  Answering paragraph 266 of Plaintiffs' FAC, Defendant denies each

11  and every allegation contained therein.

12      267.  Answering paragraph 267 of Plaintiffs' FAC, Defendant denies each

13  and every allegation contained therein.

14      268.  Answering paragraph 268 of Plaintiffs' FAC, Defendant denies each

15  and every allegation contained therein.

16      269.  Answering paragraph 269 of Plaintiffs' FAC, Defendant denies each

17  and every allegation contained therein.

18      270.  Answering paragraph 270 of Plaintiffs' FAC, Defendant denies each

19  and every allegation contained therein.

20      271.  Answering paragraph 271 of Plaintiffs' FAC, Defendant denies each and

21  every allegation contained therein.

22      272.  Answering paragraph 272 of Plaintiffs' FAC, Defendant denies each and

23  every allegation contained therein.

24      273.  Answering paragraph 273 of Plaintiffs' FAC, Defendant denies each and

25  every allegation contained therein.

26      274.  Answering paragraph 274 of Plaintiffs' FAC, Defendant denies each and

27  every allegation contained therein.

28      275.  Answering paragraph 275 of Plaintiffs' FAC, Defendant denies each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

1   every allegation contained therein.

2   276.  Answering paragraph 276 of Plaintiffs' FAC, Defendant denies each and
3   every allegation contained therein.

4   277.  Answering paragraph 277 of Plaintiffs' FAC, Defendant denies each and
5   every allegation contained therein.

6   278.  Answering paragraph 278 of Plaintiffs' FAC, Defendant denies each and
7   every allegation contained therein.

8   279.  Answering paragraph 279 of Plaintiffs' FAC, Defendant denies each and
9   every allegation contained therein.

10   280.  Answering paragraph 280 of Plaintiffs' FAC, Defendant denies each and
11   every allegation contained therein.

12   281.  Answering paragraph 281 of Plaintiffs' FAC, Defendant denies each and
13   every allegation contained therein.

14   282.  Answering paragraph 282 of Plaintiffs' FAC, Defendant denies each and
15   every allegation contained therein.

16   283.  Answering paragraph 283 of Plaintiffs' FAC, Defendant denies each and
17   every allegation contained therein.

18   284.  Answering paragraph 284 of Plaintiffs' FAC, Defendant denies each and
19   every allegation contained therein.

20   285.  Answering paragraph 285 of Plaintiffs' FAC, Defendant denies each and
21   every allegation contained therein.

22   286.  Answering paragraph 286 of Plaintiffs' FAC, Defendant incorporates by
23   reference his response to paragraphs 1 through 285, as set forth above.

24   287.  Answering paragraph 287 of Plaintiffs' FAC, Defendant states that
25   section 17200, California Business and Professions Code speaks for itself.
26   Defendant denies each and every other allegation contained therein.

27   288.  Answering paragraph 288 of Plaintiffs' FAC, Defendant denies each and
28   every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                    -33-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

1    289.   Answering paragraph 289 of Plaintiffs' FAC, Defendant denies each and

2  every allegation contained therein.

3    290.   Answering paragraph 290 of Plaintiffs' FAC, Defendant denies each

4  and every other allegation contained therein.

5    291.  Answering paragraph 291 of Plaintiffs' FAC, Defendant denies each and

6  every allegation contained therein.

7    292.  Answering paragraph 292 of Plaintiffs' FAC, Defendant denies each and

8  every allegation contained therein.

9    293.  Answering paragraph 293 of Plaintiffs' FAC, Defendant denies each and

10  every other allegation contained therein.

11    294.  Answering paragraph 294 of Plaintiffs' FAC, Defendant incorporates by

12  reference his response to paragraphs 1 through 293, as set forth above.

13    295.  Answering paragraph 295 of Plaintiffs' FAC, Defendant denies each and

14  every allegation contained therein.

15    296.  Answering paragraph 296 of Plaintiffs' FAC, Defendant denies each and

16  every allegation contained therein.

17    297.  Answering paragraph 297 of Plaintiffs' FAC, Defendant denies each and

18  every allegation contained therein.

19    298.  Answering paragraph 298 of Plaintiffs' FAC, Defendant denies each and

20  every allegation contained therein.

21    299.  Answering paragraph 299 of Plaintiffs' FAC, Defendant denies each and

22  every allegation contained therein.

23    300.  Answering paragraph 300 of Plaintiffs' FAC, Defendant denies each and

24  every allegation contained therein.

25    301.  Answering paragraph 301 of Plaintiffs' FAC, Defendant denies each and

26  every allegation contained therein.

27    302.  Answering paragraph 302 of Plaintiffs' FAC, Defendant incorporates by

28  reference his response to paragraphs 1 through 301, as set forth above.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                                          -34-
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

303.  Answering paragraph 303 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

304.  Answering paragraph 304 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

305.  Answering paragraph 305 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

306.  Answering paragraph 306 of Plaintiffs' FAC, Defendant incorporates by reference his response to paragraphs 1 through 305, as set forth above.

307.  Answering paragraph 307 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

308.  Answering paragraph 308 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

309.  Answering paragraph 309 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

310.  Answering paragraph 310 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

311.  Answering paragraph 311 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

312.  Answering paragraph 312 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

313.  Answering paragraph 313 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

314.  Answering paragraph 314 of Plaintiffs' FAC, Defendant incorporates by reference his response to paragraphs 1 through 313, as set forth above.

315.  Answering paragraph 315 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

316.  Answering paragraph 316 of Plaintiffs' FAC, Defendant denies each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

1    317.  Answering paragraph 317 of Plaintiffs' FAC, Defendant denies each and

2    every allegation contained therein.

3    318.  Answering paragraph 318 of Plaintiffs' FAC, Defendant denies each and

4    every allegation contained therein.

5    319.  Answering paragraph 319 of Plaintiffs' FAC, Defendant denies each and

6    every allegation contained therein.

7    320.  Answering paragraph 320 of Plaintiffs' FAC, Defendant denies each and

8    every allegation contained therein.

9    321.  Answering paragraph 321 of Plaintiffs' FAC, Defendant incorporates by

10   reference his response to paragraphs 1 through 320, as set forth above.

11   322.  Answering paragraph 322 of Plaintiffs' FAC, Defendant denies each and

12   every allegation contained therein.

13   323.  Answering paragraph 323 of Plaintiffs' FAC, Defendant denies each and

14   every allegation contained therein.

15   324.  Answering paragraph 324 of Plaintiffs' FAC, Defendant denies each and

16   every allegation contained therein.

17   325.  Answering paragraph 325 of Plaintiffs' FAC, Defendant denies each and

18   every allegation contained therein.

19   326.  Answering paragraph 326 of Plaintiffs' FAC, Defendant denies each and

20   every allegation contained therein.

21   327.  Answering paragraph 327 of Plaintiffs' FAC, Defendant denies each and

22   every allegation contained therein.

23   328.  Answering paragraph 328 of Plaintiffs' FAC, Defendant denies each and

24   every allegation contained therein.

25   329 - 339.  Answering paragraphs 329 - 339 of Plaintiffs' FAC, Defendant

26   states that these allegations are not raised as against him, and he has no response.  To

27   the extent that responses are required, Defendant states that he lacks sufficient

28   information and belief on which to either admit or deny the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT        CASE NO. CV09-811 AG

therein and, on that basis, denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

## FIRST SEPARATE AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1.     The First Amended Complaint ("FAC") does not state facts sufficient to constitute a cause of action against defendant.

## SECOND SEPARATE AFFIRMATIVE DEFENSE

### (Comparative Fault of Plaintiff)

2.     Plaintiffs, their agents, employees, servants and representatives were partially, if not wholly, negligent or otherwise at fault on their own part pursuant to the doctrine of comparative fault, and plaintiffs should be barred from recovery of that portion of the damages directly attributable to Plaintiffs' proportionate share of the fault.

## THIRD SEPARATE AFFIRMATIVE DEFENSE

### (Liability of Others)

3.     The damages sustained by Plaintiffs, if any, may have been caused, in whole or in part, by the negligence or fault of others for which defendant is not liable or responsible.

## FOURTH SEPARATE AFFIRMATIVE DEFENSE

### (Statute of Limitations)

4.     The FAC is barred by the applicable statute of limitations.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1

-37-

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT         CASE NO. CV09-811 AG

## FIFTH SEPARATE AFFIRMATIVE DEFENSE

### (Estoppel and Waiver)

5.    Plaintiffs have waived, and/or are estopped from alleging the matters set forth in the FAC.

## SIXTH SEPARATE AFFIRMATIVE DEFENSE

### (Consent)

6.    Plaintiffs acknowledged, ratified, consented to and acquiesced in the alleged acts or omissions, if any, of defendant, thus barring Plaintiffs' recovery.

## SEVENTH  SEPARATE AFFIRMATIVE DEFENSE

### (Unclean Hands)

7.    The FAC, and each cause of action therein, is barred by the doctrine of unclean hands.

## EIGHTH SEPARATE AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.    Plaintiffs failed to mitigate their damages.

## NINTH SEPARATE AFFIRMATIVE DEFENSE

### (Offset)

9.    Any recovery by plaintiffs in this action must be offset by the damages plaintiffs have caused defendant.

## TENTH SEPARATE AFFIRMATIVE DEFENSE

### (Laches)

10.    Plaintiffs have delayed for an unreasonable period of time in commencing this action, which has unduly prejudiced defendant.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1
DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT      CASE NO. CV09-811 AG

## ELEVENTH  SEPARATE AFFIRMATIVE DEFENSE

(Assumption of the Risk)

11.    Plaintiffs assumed the risk of the matters referred to in the FAC, plaintiffs knew and appreciated the nature of the risks assumed, and plaintiffs voluntarily accepted the risk.

## TWELFTH SEPARATE AFFIRMATIVE DEFENSE

(Superseding, Intervening Conduct Of Third Parties)

12.    Plaintiffs' alleged injury or damage was proximately and legally caused by the superseding and intervening conduct on the part of third parties, persons, and entities other than defendants and that, by virtue of said intervening and superseding conduct, it has no legal liability to plaintiffs herein.

## THIRTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Avoidable Consequences)

13.    Plaintiffs failed to take those precautions which would have avoided and/or diminished their damages, if any.

## FOURTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Due Diligence)

14.    Defendant exercised due diligence and relied in good faith on the representations of others, and were not aware of, or had no way of becoming aware of, any alleged wrongdoing or omissions allegedly made or not disclosed.

## FIFTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Res Judicata and Collateral Estoppel)

15    Plaintiffs' action is barred by the principles of res judicata and collateral estoppel.

1                  **SIXTEENTH AFFIRMATIVE DEFENSE**

2                       (Judgmental Immunity Doctrine)

3        16.     Plaintiffs' FAC is barred by the doctrine of judgmental immunity.

4

5       **SEVENTEENTH SEPARATE AFFIRMATIVE DEFENSE**

6                     (Failure to Join All Parties)

7        17.     Defendant alleges that there is a defect or misjoinder of parties.

8 Specifically, Plaintiff has failed to join all parties necessary for final determination

9 of this action.

10       **EIGHTEENTH SEPARATE AFFIRMATIVE DEFENSE**

11                          (Privilege)

12        18.     Defendant alleges that the conduct alleged against it was privileged

13 according to Federal law.

14

15       **NINETEENTH SEPARATE AFFIRMATIVE DEFENSE**

16     (Reservation of Right to Assert Additional SEPARATE Defenses)

17        19.     Defendant presently has insufficient knowledge or information on

18 which to form a belief as to whether there may be additional, as yet, unstated

19 separate defenses available. Defendant reserves herein the right to assert additional

20 defenses in the event that the discovery indicates they would be appropriate.

21       WHEREFORE, Defendant prays for judgment as follows:

22        1.      That Plaintiffs take nothing by reason of their First Amended Complaint

23                 on file herein;

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4848-1711-1560.1                 -40-

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT       CASE NO. CV09-811 AG

1      2.      For costs of suit incurred herein; and

2      3.      For such other and further relief as the Court deems just and proper.

3

4   DATED: November 16, 2010        LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6

7                                   By /s/ Brian Slome
                                       Joseph C. Campo
8                                      Brian Slome
                                       Attorneys for Defendants National Wealth
9                                      Advisors; Todd Shelbaugh; Mark Goodman;
                                       Eisenberg Financial Services
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4848-1711-1560.1

DEFENDANT SHELBAUGH'S ANSWER TO FIRST AMENDED COMPLAINT          CASE NO. CV09-811 AG

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP