Heather L. Rosing, Bar No. 183986
Gregor A. Hensrude, Bar No. 226660
Leah A. Plaskin, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
ghensrude@klinedinstlaw.com
lplaskin@klinedinstlaw.com

Attorneys for Defendants
RICHARD L. SWOPE and SWOPE
LAMBERSON, P.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C. REITER, an individual; CHRISTOPHER J. REITER and JAMES A. SINGLER, as Successor Trustee of the Jack L. Reiter and Patricia C. Reiter Irrevocable Trust, U/A/D August 27, 2000, <br><br> Plaintiffs, <br><br> v. <br><br> MUTUAL CREDIT CORPORATION; SPURLING GROUP, LLC; SPRULING GROUP II, LLC; MICHAEL BROWN; ANTHONY JACOBSON; DAVID DOTEN; RUMSON CAPITAL, L.P.; NATIONAL WEALTH ADVISORS; RICHARD L. SWOPE; SWOPE LAMBERSON, P.A.; TODD SHELBAUGH and DOES 1 THROUGH 100, <br><br> Defendants. | Case No.   8:09-cv-00811 AG (RNBx) <br><br> **ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Judge:   Andrew Guilford <br> Magistrate Judge:  Robert N. Block <br> Complaint Filed:  July 14, 2009 <br> Trial Date:   None set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

Defendants Richard L. Swope and Swope Lamberson, P.A. (collectively, "the

Swope Defendants") submit the following Answer to the First Amended Complaint filed

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

by Plaintiffs Patricia C. Reiter, Christopher J. Reiter, and James A. Singler, as Successor Trustee of the Jack L. Reiter and Patricia C. Reiter Irrevocable Trust, U/A/D August 27, 2000 ("Plaintiffs").

## NATURE OF THE ACTION

1.     Answering paragraph 1, Plaintiffs' description of the action does not contain factual allegations that can be admitted or denied; however, to the extent that the paragraph does contain any factual allegations, they are denied.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

2.     Answering paragraph 2, Plaintiffs' description of the action does not contain factual allegations that can be admitted or denied; however, to the extent that the paragraph does contain any factual allegations, they are denied.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

3.     Answering paragraph 3, Plaintiffs' description of non-recourse financed life insurance policies does not contain factual allegations that can be admitted or denied; however, to the extent that the paragraph does contain any factual allegations, they are denied.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

4.     Answering paragraph 4, the Swope Defendants admit that Patricia Reiter signed the Agreement and Declaration of Trust creating the Patricia Reiter Irrevocable Insurance Trust, and that Richard Swope was designated as the Investment Trustee and David Doten was designated as the Administrative Trustee of the Reiter Trust.  The Swope Defendants deny the remainder of the allegations in paragraph 3.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

5.     Answering paragraph 5, the Swope Defendants deny the facts alleged therein.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

6.    Answering Paragraph 6, the Swope Defendants admit that the Reiter Trust's purchase of the Jefferson Pilot Policy was financed through a loan from defendant Mutual Credit Corporation ("MCC"), the terms of which are reflected in the loan documents.   The Swope Defendants further admit that the Reiter Trust purchased a $9,000,000 life insurance policy on the life of Mrs. Reiter from Jefferson Pilot Life Insurance Company, the precise terms of which are reflected in the policy itself.   The Swope Defendants further admit that they received a commission related to the purchase of that policy.   As to the remaining allegations, including those allegations directed at conduct by other defendants, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations, and on that basis deny them.   The Swope Defendants deny the remainder of the allegations in paragraph 6, and also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.   Except as expressly so admitted, the Swope Defendants deny all allegations in paragraph 6.

7.    Answering paragraph 7, the Swope Defendants admit that the loan was secured by the Jefferson Pilot Policy, the terms of which are contained in the loan documents.   Defendants deny the remainder of the allegations in paragraph 7, and also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.    Except as expressly so admitted, the Swope Defendants deny all allegations in paragraph 7.

8.    Answering paragraph 8, the Swope Defendants admit the terms of the loan are contained in the loan documents.   As to those allegations directed at conduct by other defendants, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations, and on that basis deny them.   The Swope Defendants deny the remainder of the allegations in paragraph 8, and also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
**SACV09-811 AG (RNBx)**

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

9.      Answering paragraph 9, the Swope Defendants are informed and believe that the MCC loan proceeds were more than sufficient to cover the first two years premiums on the Jefferson Pilot life insurance policy.  The Swope Defendants deny the remainder of the allegations in paragraph 9.

10.      Answering paragraph 10, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations and on that basis deny them.  The Swope Defendants expressly deny that they converted any portion of $140,000 that may have been withdrawn from the 2005 Trust brokerage account on September 1, 2005.  The Swope Defendants deny the remainder of the allegations in paragraph 10.

11.      Answering paragraph 11, the Swope Defendants are informed and believe that Mrs. Reiter suffered from a serious medical condition in 2007.  As to the remaining allegations in this paragraph, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations, and on that basis deny them.

12.      Answering paragraph 12, the Swope Defendants admit that the Jefferson Pilot Policy was sold in 2007. The Swope Defendants deny the remainder of the allegations in paragraph 12.

13.      Answering paragraph 13, the Swope Defendants admit that they participated in obtaining a bridge loan in 2007 including the signing of a personal guarantee.  The Swope Defendants deny that they obtained the loan discussed in this paragraph.  As to the remaining allegations, including what others did or thought, the Swope Defendants have insufficient information to admit or deny the remainder of the allegations in paragraph 13, and therefore deny the same.

14.      Answering paragraph 14, the Swope Defendants admit that the MCC loan was repaid and that Peachtree Life Settlement purchased the Jefferson Pilot Policy for $2,700,000.  The Swope Defendants deny the remaining allegations in paragraph 14.

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

15. Answering paragraph 15, the Swope Defendants believe the total amounts of commissions on the sale were $720,000. The Swope Defendants deny the remainder of these allegations.

16. Answering paragraph 16, the Swope Defendants deny these allegations.

17. Answering paragraph 17, and as to those allegations directed at conduct by other defendants, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations and on that basis deny them. The Swope Defendants admit that they distributed a check to Mr. Reiter in 2007, and deny the remainder of the allegations in paragraph 17.

18. Answering paragraph 18, the Swope Defendants deny the allegations.

19. Answering paragraph 19, this paragraph does not contain factual allegations that can be admitted or denied. To the extent there is any statement of fact contained this paragraph, the Swope Defendants deny them.

## PARTIES

### Plaintiffs

20. Answering paragraph 20, the Swope Defendants admit that Mrs. Reiter is a widow who has resided in Kentucky, but lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations regarding her current residence.

21. Answering paragraph 21, the Swope Defendants admit that Mrs. Reiter established the Reiter Trust under the terms as set forth in the trust agreement; the Swope Defendants also admit that Mrs. Reiter and her husband established the 2000 Trust under the terms as set forth in that trust agreement. The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations and therefore deny said allegations.

22. Answering paragraph 22, the Swope Defendants admit that Christopher Reiter was identified as a trust beneficiary under the Reiter Trust. As to the remaining allegations in this paragraph, the Swope Defendants lack sufficient information or

///

knowledge at this time to form a belief as to the truth of the allegations, and on that basis deny them.

**Defendants**

23.     Answering paragraph 23, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

24.     Answering paragraph 24, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

25.     Answering paragraph 25, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

26.     Answering paragraph 26, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

27.     Answering paragraph 27, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

28.     Answering paragraph 28, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

29.     Answering paragraph 29, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

30.     Answering paragraph 30, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

///

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1   31.   Answering paragraph 31, the Swope Defendants lack sufficient information

2   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

3   paragraph and on that basis deny them.

4   32.   Answering paragraph 32, the Swope Defendants lack sufficient information

5   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

6   paragraph and on that basis deny them.

7   33.   Answering paragraph 33, the Swope Defendants lack sufficient information

8   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

9   paragraph and on that basis deny them.

10   34.   Answering paragraph 34, the Swope Defendants lack sufficient information

11   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

12   paragraph and on that basis deny them.

13   35.   Answering paragraph 35, the Swope Defendants lack sufficient information

14   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

15   paragraph and on that basis deny them.

16   36.   Answering paragraph 36, the Swope Defendants lack sufficient information

17   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

18   paragraph and on that basis deny them.

19   37.   Answering paragraph 37, the Swope Defendants lack sufficient information

20   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

21   paragraph and on that basis deny them.

22   38.   Answering paragraph 38, the Swope Defendants lack sufficient information

23   or knowledge at this time to form a belief as to the truth of the allegations set forth in this

24   paragraph and on that basis deny them.

25   39.   Answering paragraph 39, the Swope Defendants admit the allegations.

26   40.   Answering paragraph 40, the Swope Defendants admit the allegations.

27   ///

28   ///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)**

41. Answering paragraph 41, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

42. Answering paragraph 42, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

43. Answering paragraph 43, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

44. Answering paragraph 44, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

45. Answering paragraph 45, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

46. Answering paragraph 46, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

47. Answering paragraph 47, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

48. Answering paragraph 48, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

49. Answering paragraph 49, this paragraph does not contain factual allegations that can be admitted or denied. To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**Predatory Investor Defendants**

50. Answering paragraph 50, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

51. Answering paragraph 51, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

52. Answering paragraph 52, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

53. Answering paragraph 53, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

54. Answering paragraph 54, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

55. Answering paragraph 55, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

56. Answering paragraph 56, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

57. Answering paragraph 57, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

58. Answering paragraph 58, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

59.     Answering paragraph 59, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

60.     Answering paragraph 60, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

61.     Answering paragraph 61, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

62.     Answering paragraph 62, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

63.     Answering paragraph 63, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

64.     Answering paragraph 64, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

65.     Answering paragraph 65, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

66.     Answering paragraph 66, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

67.     Answering paragraph 67, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

///

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

68.     Answering paragraph 68, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

69.     Answering paragraph 69, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

70.     Answering paragraph 70, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

71.     Answering paragraph 71, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

72.     Answering paragraph 72, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

73.     Answering paragraph 73, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

74.     Answering paragraph 74, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

75.     Answering paragraph 75, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

76.     Answering paragraph 76, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
**SACV09-811 AG (RNBx)**

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

77.     Answering paragraph 77, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

78.     Answering paragraph 78, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

79.     Answering paragraph 79, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

80.     Answering paragraph 80, this paragraph does not contain factual allegations that can be admitted or denied.  To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

81.     Answering paragraph 81, this paragraph does not contain factual allegations that can be admitted or denied.  To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

82.     Answering paragraph 82, this paragraph does not contain factual allegations that can be admitted or denied.  To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

**JURISDICTION AND VENUE**

83.     Answering paragraph 83, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

84.     Answering paragraph 84, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

85.     Answering paragraph 85, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

86.     Answering paragraph 86, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

87.     Answering paragraph 87, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

88.     Answering paragraph 88, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations set forth in this paragraph and on that basis deny them.

## GENERAL ALLEGATIONS

### Life Insurance and the Insurable Interest Rule

89.     Answering paragraph 89, the Swope Defendants neither admit nor deny these background descriptions and/or assertions regarding life insurance.  To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

90.     Answering paragraph 90, the Swope Defendants neither admit nor deny these background descriptions and/or assertions regarding life insurance.  To the extent there are any statements of fact contained in this paragraph, the Swope Defendants deny them.

91.     Answering paragraph 91, the Swope Defendants deny the allegations.

### MCC's Predatory Life Insurance Premium Financing
### and Investment Scheme Targeting Senior Citizens

92.     Answering paragraph 92, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

93.     Answering paragraph 93, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC

- 13 -

and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

94.  Answering paragraph 94, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

95.  Answering paragraph 95, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

96.  Answering paragraph 96, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

97.  Answering paragraph 97, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

98.  Answering paragraph 98, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

99.  Answering paragraph 99, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

100.  Answering paragraph 100, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

101.   Answering paragraph 101, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

102.   Answering paragraph 102, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

103.   Answering paragraph 103, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

104.   Answering paragraph 104, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

105.   Answering paragraph 105, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

106.   Answering paragraph 106, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

107.   Answering paragraph 107, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

108.   Answering paragraph 108, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

109.   Answering paragraph 109, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

110.   Answering paragraph 110, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

111.   Answering paragraph 111, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

112.   Answering paragraph 112, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

113.   Answering paragraph 113, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

114.   Answering paragraph 114, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

1    related to the other defendants and on that basis deny them.  To the extent this paragraph

2    includes allegations relating to the Swope Defendants, said allegations are denied.

3        115.    Answering paragraph 115, the Swope Defendants lack sufficient

4    information or knowledge at this time to form a belief as to the truth of the allegations

5    related to MCC and on that basis deny them.  To the extent there is any statement of fact

6    contained herein related to the Swope Defendants, the Swope Defendants deny the same.

7    The terms of the transaction in question are as set forth in the written agreements and

8    transaction documents.

9        116.    Answering paragraph 116, the Swope Defendants lack sufficient

10   information or knowledge at this time to form a belief as to the truth of the allegations

11   related to MCC and on that basis deny them.  To the extent there is any statement of fact

12   contained herein related to the Swope Defendants, the Swope Defendants deny the same.

13   The terms of the transaction in question are as set forth in the written agreements and

14   transaction documents.

15       117.    Answering paragraph 117, the Swope Defendants lack sufficient

16   information or knowledge at this time to form a belief as to the truth of the allegations

17   related to MCC and on that basis deny them.  To the extent there is any statement of fact

18   contained herein related to the Swope Defendants, the Swope Defendants deny the same.

19   The terms of the transaction in question are as set forth in the written agreements and

20   transaction documents.

21       118.    Answering paragraph 118, the Swope Defendants lack sufficient

22   information or knowledge at this time to form a belief as to the truth of the allegations

23   related to MCC and on that basis deny them.  To the extent there is any statement of fact

24   contained herein related to the Swope Defendants, the Swope Defendants deny the same.

25   The terms of the transaction in question are as set forth in the written agreements and

26   transaction documents.

27       119.    Answering paragraph 119, the Swope Defendants lack sufficient

28   information or knowledge at this time to form a belief as to the truth of the allegations

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.  The terms of the transaction in question are as set forth in the written agreements and transaction documents.

120.  Answering paragraph 120, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

121.  Answering paragraph 121, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and on that basis deny them.  To the extent there is any statement of fact contained herein related to the Swope Defendants, the Swope Defendants deny the same.

122.  Answering paragraph 122, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.  The Swope Defendants specifically deny that they acted or attempted to act with the intent to defraud anyone.

123.  Answering paragraph 123, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and the "victims of the Scheme" and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

124.  Answering paragraph 124, the Swope Defendants deny the allegations contained therein.

125.  Answering paragraph 125, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

- 18 -

related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

**The Defendants' Commission Of The Scheme Against The Named Plaintiffs**

126.   Answering paragraph 126, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

127.   Answering paragraph 127, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

128.   Answering paragraph 128, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

129.   Answering paragraph 129, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

130.   Answering paragraph 130, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

131.   Answering paragraph 131, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

132. Answering paragraph 132, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

133. Answering paragraph 133, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

134. Answering paragraph 134, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

135. Answering paragraph 135, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

136. Answering paragraph 136, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

137. Answering paragraph 137, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them. To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

138. Answering paragraph 138, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1    related to the other defendants and on that basis deny them. To the extent this paragraph

2    includes allegations relating to the Swope Defendants, said allegations are denied.

3        139.   Answering paragraph 139, the Swope Defendants lack sufficient

4    information or knowledge at this time to form a belief as to the truth of the allegations

5    related to the other defendants and on that basis deny them. To the extent this paragraph

6    includes allegations relating to the Swope Defendants, said allegations are denied.

7        140.   Answering paragraph 140, the Swope Defendants lack sufficient

8    information or knowledge at this time to form a belief as to the truth of the allegations

9    related to the other defendants and on that basis deny them. To the extent this paragraph

10   includes allegations relating to the Swope Defendants, said allegations are denied.

11       141.   Answering paragraph 141, the Swope Defendants lack sufficient

12   information or knowledge at this time to form a belief as to the truth of the allegations

13   related to the other defendants and on that basis deny them. To the extent this paragraph

14   includes allegations relating to the Swope Defendants, said allegations are denied.

15       142.   Answering paragraph 142, the Swope Defendants admit that they had a

16   long professional relationship with Jack Reiter and that Mr. Swope was the trustee of the

17   2000 Trust. The Swope Defendants deny the remaining allegations contained in this

18   paragraph.

19       143.   Answering paragraph 143, the Swope Defendants neither admit nor deny

20   this statement of law. The Swope Defendants lack sufficient information or knowledge at

21   this time to form a belief as to the allegations regarding Plaintiffs' reliance, and on that

22   basis deny such allegations.

23       144.   Answering paragraph 144, the Swope Defendants lack sufficient

24   information or knowledge at this time to form a belief as to the truth of the allegations

25   related to the other defendants and on that basis deny them. To the extent this paragraph

26   includes allegations relating to the Swope Defendants, said allegations are denied.

27       145.   Answering paragraph 45, the Swope Defendants deny the allegations as

28   they relate to alleged actions by the Swope Defendants. As to the remainder of the

- 21 -

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

allegations, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.

146.    Answering paragraph 146, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

147.    Answering paragraph 147, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

148.    Answering paragraph 148, the Swope Defendants do not have sufficient information to admit or deny Mrs. Reiter or Christopher Reiter's state of mind.  The Swope Defendants deny the remaining allegations contained in this paragraph.

149.    Answering paragraph 149, the Swope Defendants admit that they met with Mrs. Reiter and discussed the purchase of a life insurance policy that could be financed through premium financing.  The Swope Defendants deny the remaining allegations contained in this paragraph.

150.    Answering paragraph 150, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.

151.    Answering paragraph 151, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.

152.    Answering paragraph 152, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

153.    Answering paragraph 153, the Swope Defendants admit that Mrs. Reiter consented to the purchase of a $9 million life insurance policy, and deny the remaining allegations.

154.    Answering paragraph 154, the Swope Defendants deny that there was any such "scheme" and therefore deny the entirety of the paragraph.  The Swope Defendants further deny that they failed to disclose commissions to Ms. Reiter, and deny that Ms. Reiter was deprived of anything through her participation in the discussed transactions.

155.    Answering paragraph 155, the Swope Defendants admit that Mrs. Reiter established the Reiter Trust under the terms as set forth in the trust agreement.  The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations and therefore deny said allegations.

156.    Answering paragraph 156, the Swope Defendants state that the terms of the Reiter Trust are as set forth in the written trust agreement.

157.    Answering paragraph 157, the Swope Defendants admit that Mr. Doten was designated as the Administrative Trustee of the Reiter Trust and state that the terms of the Reiter Trust are as set forth in the written trust agreement.  The Swope Defendants do not have sufficient information to admit or deny whether Doten was unknown to Mrs. Reiter and Christopher Reiter.  The Swope Defendants deny the remaining allegations.

158.    Answering paragraph 158, the Swope Defendants are informed and believe that Mrs. Reiter and Mr. Doten submitted an application for life insurance.  The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations and on that basis deny such allegations, and deny the remaining allegations.

159.    Answering paragraph 159, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

///

///

160.   Answering paragraph 160, the Swope Defendants admit that the Reiter Trust Declaration named Mr. Swope as the Investment Trustee of the Reiter Trust, and deny the remaining allegations.

161.   Answering paragraph 161, the Swope Defendants admit that Mr. Swope signed a letter communicating the quoted language, and deny the remaining allegations.

162.   Answering paragraph 162, the Swope Defendants deny that they took any of the actions attributed to them in this paragraph.

163.   Answering paragraph 163, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  The Swope Defendants deny the remaining allegations.

164.   Answering paragraph 164, the Swope Defendants admit that Mrs. Reiter established the Reiter Trust under the terms as set forth in the trust agreement.  The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations and therefore deny said allegations.

165.   Answering paragraph 165, the Swope Defendants state that the terms of the Reiter Trust are as set forth in the written trust agreement.

166.   Answering paragraph 166, the Swope Defendants admit that Mr. Doten was designated as the Administrative Trustee of the Reiter Trust and state that the terms of the Reiter Trust are as set forth in the written trust agreement.  The Swope Defendants deny the remaining allegations.

167.   Answering paragraph 167, the Swope Defendants are informed and believe that Mrs. Reiter and Mr. Doten submitted an application for life insurance.  The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations and on that basis deny such allegations, and deny the remaining allegations.

///

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

168.   Answering paragraph 168, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

169.   Answering paragraph 169, the Swope Defendants admit that the Reiter Trust Declaration named Mr. Swope as the Investment Trustee of the Reiter Trust, and deny the remaining allegations.

170.   Answering paragraph 170, the Swope Defendants admit that Mr. Swope signed a letter communicating the quoted language, and deny the remaining allegations.

171.   Answering paragraph 171, the Swope Defendants admit the allegations on information and belief.

172.   Answering paragraph 173, the Swope Defendants admit that a Jefferson Pilot Policy was issued to Mrs. Reiter with a death benefit of $9,000,000 and that they received a portion of the commission paid for the purchase of the policy.  The Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  The Swope Defendants deny the remaining allegations.

173.   Answering paragraph 173, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them; the substance of the documents are as set forth in the documents themselves.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

174.   Answering paragraph 174, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them; the substance of the documents are as set forth in the documents themselves.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

175.   Answering paragraph 175, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

176.   Answering paragraph 176, the Swope Defendants deny the allegations.

177.   Answering paragraph 177, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and Spurling, and on that basis deny them.

178.   Answering paragraph 178, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to MCC and Spurling, and on that basis deny them.

179.   Answering paragraph 179, the Swope Defendants admit that letters were sent to them as the maturity date closed.  The Swope Defendants deny that there was any scheme as to which they were aware.  As to the other allegations, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.

180.   Answering paragraph 180, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph contains allegations related to the Swope Defendants, said allegations are denied.

181.   Answering paragraph 181, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

182.   Answering paragraph 182, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to the other defendants and on that basis deny them.  To the extent this paragraph includes allegations relating to the Swope Defendants, said allegations are denied.

183.   Answering paragraph 183, the Swope Defendants deny that they demanded $1,641,765 in payment from the Reiter Trust.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

1    184.    Answering paragraph 184, the Swope Defendants deny the allegations.

2    185.    Answering paragraph 185, the Swope Defendants admit that the Jefferson

3    Pilot Policy was sold to Peachtree for $2,700,000, and deny the remaining allegations.

4    186.    Answering paragraph 186, the Swope Defendants lack sufficient

5    information or knowledge at this time to form a belief as to the truth of the allegations

6    related to the other defendants and on that basis deny them.  To the extent this paragraph

7    contains allegations related to the Swope Defendants, said allegations are denied.

8    187.    Answering paragraph 187, the Swope Defendants admit that the total

9    commission was $720,000.  The Swope Defendants deny all other allegations set forth in

10   this paragraph.  The Swope Defendants also object to the arguments and the inaccurate

11   and legal conclusions asserted by Plaintiffs in this paragraph.

12   188.    Answering paragraph 188, the Swope Defendants deny the allegations.  The

13   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

14   asserted by Plaintiffs in this paragraph.

15   189.    Answering paragraph 189, the Swope Defendants deny the allegations.  The

16   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

17   asserted by Plaintiffs in this paragraph.

18   190.    Answering paragraph 190, the Swope Defendants deny the allegations.

19   191.    Answering paragraph 191, the Swope Defendants admit that Mr. Reiter

20   received a distribution from the Reiter Trust, and deny the remainder of the allegations.

21   192.    Answering paragraph 192, the Swope Defendants admit that Mr. Reiter

22   received a K-1 from the Reiter Trust.  As to the remaining allegations in this paragraph,

23   the Swope Defendants lack sufficient information or knowledge at this time to form a

24   belief as to the truth of the allegations and on that basis deny them.

25   193.    Answering paragraph 192, the Swope Defendants deny the allegations.

26   194.    Answering paragraph 194, the Swope Defendants deny the allegations.

27   195.    Answering paragraph 195, the Swope Defendants deny the allegations.

28   196.    Answering paragraph 196, the Swope Defendants deny the allegations.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

**RICO ALLEGATIONS**

197.  Answering paragraph 197, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

**THE MCC PREDATORY ENTERPRISE**

198.  Answering paragraph 198, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

199.  Answering paragraph 199, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

200.  Answering paragraph 200, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

201.  Answering paragraph 201, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

202.  Answering paragraph 202, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

203.  Answering paragraph 203, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

204.  Answering paragraph 204, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

///

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

205.   Answering paragraph 205, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

## RICO CONSPIRACY

206.   Answering paragraph 205, the Swope Defendants deny the allegations.

207.   Answering paragraph 207, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

208.   Answering paragraph 208, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

## Use of the Mails and Wires

209.   Answering paragraph 209, the Swope Defendants deny the allegations.

210.   Answering paragraph 210, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

211.   Answering paragraph 211, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

212.   Answering paragraph 212, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

## Predicate Acts

213.   Answering paragraph 213, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations.

214.   Answering paragraph 214, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations.

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

### Violations of 18 U.S.C. §§ 1341 and 1343

215.    Answering paragraph 215, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

216.    Answering paragraph 216, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

217.    Answering paragraph 217, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

218.    Answering paragraph 218, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

219.    Answering paragraph 219, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

### Pattern of Racketeering Activity

220.    Answering paragraph 220, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

221.    Answering paragraph 221, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

222.    Answering paragraph 222, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

///

1    223.   Answering paragraph 223, the Swope Defendants deny the allegations.  The

2    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

3    asserted by Plaintiffs in this paragraph.

4    224.   Answering paragraph 224, the Swope Defendants neither admit nor deny

5    the statements of law, and deny the remaining allegations.  The Swope Defendants also

6    object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in

7    this paragraph.

8                                    **UNLAWFUL DEBT (USURY)**

9    225.   Answering paragraph 225, the Swope Defendants deny the allegations.  The

10   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

11   asserted by Plaintiffs in this paragraph.

12   226.   Answering paragraph 226, the Swope Defendants neither admit nor deny

13   the statements of law, and deny the remaining allegations.  The Swope Defendants also

14   object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in

15   this paragraph.

16   227.   Answering paragraph 227, the Swope Defendants neither admit nor deny

17   the statements of law, and deny the remaining allegations.  The Swope Defendants also

18   object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in

19   this paragraph.

20   228.   Answering paragraph 228, the Swope Defendants neither admit nor deny

21   the statements of law, and deny the remaining allegations.  The Swope Defendants also

22   object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in

23   this paragraph.

24   229.   Answering paragraph 229, the Swope Defendants neither admit nor deny

25   the statements of law, and deny the remaining allegations.  The Swope Defendants also

26   object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in

27   this paragraph.

28   ///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)**

**UNLAWFUL DEBT (ILLEGAL GAMING)**

230. Answering paragraph 230, the Swope Defendants deny the allegations. The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

231. Answering paragraph 231, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations. The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

232. Answering paragraph 232, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations. The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

233. Answering paragraph 233, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations. The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

234. Answering paragraph 234, the Swope Defendants neither admit nor deny the statements of law, and deny the remaining allegations. The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

**CLASS ACTION ALLEGATIONS**

235. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

236. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do

- 32 -

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1   not have sufficient information to admit or deny the allegations contained in this
2   paragraph.  To the extent there is any statement of fact related to Swope contained herein,
3   the Swope Defendants deny the same.

4          237.    Plaintiffs assert class action allegations against the MCC Defendants,
5   Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do
6   not have sufficient information to admit or deny the allegations contained in this
7   paragraph.  To the extent there is any statement of fact related to Swope contained herein,
8   the Swope Defendants deny the same.

9          238.    Plaintiffs assert class action allegations against the MCC Defendants,
10  Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do
11  not have sufficient information to admit or deny the allegations contained in this
12  paragraph.  To the extent there is any statement of fact related to Swope contained herein,
13  the Swope Defendants deny the same.

14         239.    Plaintiffs assert class action allegations against the MCC Defendants,
15  Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do
16  not have sufficient information to admit or deny the allegations contained in this
17  paragraph.  To the extent there is any statement of fact related to Swope contained herein,
18  the Swope Defendants deny the same.

19         240.    Plaintiffs assert class action allegations against the MCC Defendants,
20  Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do
21  not have sufficient information to admit or deny the allegations contained in this
22  paragraph.  To the extent there is any statement of fact related to Swope contained herein,
23  the Swope Defendants deny the same.

24         241.    Plaintiffs assert class action allegations against the MCC Defendants,
25  Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do
26  not have sufficient information to admit or deny the allegations contained in this
27  paragraph.  To the extent there is any statement of fact related to Swope contained herein,
28  the Swope Defendants deny the same.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)**

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

242. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

243. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

244. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

245. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

246. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph. To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

247. Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only. Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

paragraph.  To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

248.    Plaintiffs assert class action allegations against the MCC Defendants, Spurling, Spurling II, Doten, and the XE Entities only.  Thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained in this paragraph.  To the extent there is any statement of fact related to Swope contained herein, the Swope Defendants deny the same.

**Fraudulent Concealment and Equitable Tolling**

249.    Answering paragraph 249, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

250.    Answering paragraph 250, the Swope Defendants deny the remaining allegations as they are not aware of any false representations made in this transaction.

251.    Answering paragraph 251, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

252.    Answering paragraph 252, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

253.    Answering paragraph 253, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

254.    Answering paragraph 254, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

255.    Answering paragraph 255, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

256.     Answering paragraph 256, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

## FIRST CLAIM FOR RELIEF

## Violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 (a)-(d)

## (Against All Defendants)

257.     Answering paragraph 257, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

258.     Answering paragraph 258, the Swope Defendants neither admit nor deny the statements of law.

259.     Answering paragraph 259, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

260.     Answering paragraph 260, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

261.     Answering paragraph 261, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

262.     Answering paragraph 262, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

263.     Answering paragraph 263, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

///

///

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

1   264.   Answering paragraph 264, the Swope Defendants deny the allegations.  The

2   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

3   asserted by Plaintiffs in this paragraph.

4   265.   Answering paragraph 265, the Swope Defendants deny the allegations.  The

5   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

6   asserted by Plaintiffs in this paragraph.

7   266.   Answering paragraph 266, the Swope Defendants deny the allegations.  The

8   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

9   asserted by Plaintiffs in this paragraph.

10   267.   Answering paragraph 267, the Swope Defendants deny the allegations.  The

11   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

12   asserted by Plaintiffs in this paragraph.

13   268.   Answering paragraph 268, the Swope Defendants deny the allegations.  The

14   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

15   asserted by Plaintiffs in this paragraph.

16   269.   Answering paragraph 269, the Swope Defendants deny the allegations.  The

17   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

18   asserted by Plaintiffs in this paragraph.

19   270.   Answering paragraph 270, the Swope Defendants deny the allegations.  The

20   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

21   asserted by Plaintiffs in this paragraph.

22   271.   Answering paragraph 271, the Swope Defendants deny the allegations.  The

23   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

24   asserted by Plaintiffs in this paragraph.

25   272.   Answering paragraph 272, the Swope Defendants deny the allegations.  The

26   Swope Defendants also object to the arguments and the inaccurate and legal conclusions

27   asserted by Plaintiffs in this paragraph.

28   ///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)**

273.   Answering paragraph 273, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

274.   Answering paragraph 274, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

275.   Answering paragraph 275, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

276.   Answering paragraph 276, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

277.   Answering paragraph 277, the Swope Defendants lack sufficient information or knowledge at this time to form a belief as to the truth of the allegations related to "various other persons, firms and corporations, not named as defendants in this Complaint," and deny the remaining allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

278.   Answering paragraph 278, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

279.   Answering paragraph 279, the Swope Defendants deny the allegations.

280.   Answering paragraph 280, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

281.   Answering paragraph 281, the Swope Defendants deny the allegations.

282.   Answering paragraph 282, the Swope Defendants deny the allegations.

283.   Answering paragraph 283, the Swope Defendants deny the allegations.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

284.   Answering paragraph 284, the Swope Defendants deny the allegations.

285.   Answering paragraph 285, the Swope Defendants deny the allegations.

## SECOND CLAIM FOR RELIEF

### Violation of California Business & Professions Code § 17200, *et seq.*

### (Plaintiffs for Themselves and the Public Against All Defendants)

286.   Answering paragraph 286, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

287.   Answering paragraph 287, the Swope Defendants neither admit nor deny the statements of law.

288.   Answering paragraph 288, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

289.   Answering paragraph 289, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

290.   Answering paragraph 290, this paragraph does not contain factual allegations that can be admitted or denied.  To the extent there is any statement of fact contained herein, the Swope Defendants deny the same.

291.   Answering paragraph 291, the Swope Defendants deny the allegations.

292.   Answering paragraph 292, the Swope Defendants deny the allegations.

293.   Answering paragraph 293, this paragraph does not contain factual allegations that can be admitted or denied.  To the extent there is any statement of fact contained herein, the Swope Defendants deny the same.

## THIRD CLAIM FOR RELIEF

### Breach of Fiduciary Duty

### (Against All Defendants)

294.   Answering paragraph 294, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

295.     Answering paragraph 295, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

296.     Answering paragraph 296, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

297.     Answering paragraph 297, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

298.     Answering paragraph 298, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

299.     Answering paragraph 299, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

300.     Answering paragraph 300, the Swope Defendants deny the allegations.

301.     This paragraph does not contain factual allegations that can be admitted or denied.   To the extent there is any statement of fact contained herein, the Swope Defendants deny the same.

## FOURTH CLAIM FOR RELIEF

### Aiding and Abetting Breach of Fiduciary Duty

### (Against All Defendants)

302.     Answering paragraph 302, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

303.     Answering paragraph 303, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

///

- 40 -

304.   Answering paragraph 304, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

305.   Answering paragraph 305, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

## FIFTH CLAIM FOR RELIEF

### Fraudulent Concealment, Cal. Civ. Code § 1710, *et seq*.

### (Against All Defendants)

306.   Answering paragraph 306, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

307.   Answering paragraph 307, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

308.   Answering paragraph 308, the Swope Defendants deny the allegations.

309.   Answering paragraph 309, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

310.   Answering paragraph 310, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

311.   Answering paragraph 311, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

312.   Answering paragraph 312, the Swope Defendants deny the allegations.

313.   Answering paragraph 313, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

## SIXTH CLAIM FOR RELIEF

### Unjust Enrichment and Imposition of Constructive Trust

### (Against All Defendants)

314.   Answering paragraph 314, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

315.   Answering paragraph 315, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

316.   Answering paragraph 316, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

317.   Answering paragraph 317, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

318.   Answering paragraph 318, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

319.   Answering paragraph 319, the Swope Defendants deny the allegations.  The Swope Defendants also object to the arguments and the inaccurate and legal conclusions asserted by Plaintiffs in this paragraph.

320.   This paragraph does not contain factual allegations that can be admitted or denied.   To the extent there is any statement of fact contained herein, the Swope Defendants deny the same.

## SEVENTH CLAIM FOR RELIEF

### Fraudulent Inducement/Misrepresentation/Common Law Fraud

### (Against All Defendants)

321.   Answering paragraph 321, which purports to incorporate all prior allegations, the Swope Defendants incorporate their prior responses.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1    322.    Answering paragraph 322, the Swope Defendants deny the allegations.  The

2    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

3    asserted by Plaintiffs in this paragraph.

4    323.    Answering paragraph 323, the Swope Defendants deny the allegations.  The

5    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

6    asserted by Plaintiffs in this paragraph.

7    324.    Answering paragraph 324, the Swope Defendants deny the allegations.  The

8    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

9    asserted by Plaintiffs in this paragraph.

10    325.    Answering paragraph 325, the Swope Defendants deny the allegations.  The

11    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

12    asserted by Plaintiffs in this paragraph.

13    326.    Answering paragraph 326, the Swope Defendants deny the allegations.  The

14    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

15    asserted by Plaintiffs in this paragraph.

16    327.    Answering paragraph 327, the Swope Defendants deny the allegations.  The

17    Swope Defendants also object to the arguments and the inaccurate and legal conclusions

18    asserted by Plaintiffs in this paragraph.

19    328.    This paragraph does not contain factual allegations that can be admitted or

20    denied.   To the extent there is any statement of fact contained herein, the Swope

21    Defendants deny the same.

22    **EIGHTH CLAIM FOR RELIEF**

23    **For Damages Under Florida Law Re: Usury**

24    **(Against MCC Defendants, Doten, Spurling, Spurling II, and the XE Entities)**

25    329.    Answering paragraph 329, this cause of action is not alleged against the

26    Swope Defendants, and thus, the Swope Defendants do not have sufficient information to

27    admit or deny the allegations contained herein.

28    ///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

330.   Answering paragraph 330, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

331.   Answering paragraph 331, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

332.   Answering paragraph 332, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

333.   Answering paragraph 333, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

334.   Answering paragraph 334, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

335.   Answering paragraph 335, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

336.   Answering paragraph 336, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

337.   Answering paragraph 337, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

338.   Answering paragraph 338, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

///

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

339.    Answering paragraph 339, this cause of action is not alleged against the Swope Defendants, and thus, the Swope Defendants do not have sufficient information to admit or deny the allegations contained herein.

### PRAYER FOR RELIEF

The Swope Defendants neither admit nor deny the prayer for relief.

### AFFIRMATIVE DEFENSES

As affirmative defenses to the Complaint, the Swope Defendants are informed and believe, and thereon allege, the following affirmative defenses:

### First Affirmative Defense

### (Failure to State a Claim)

1.    Each of the counts directed at the Swope Defendants fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

### (Estoppel)

2.    Plaintiffs are estopped by their own acts and omissions from obtaining any relief against the Swope Defendants.

### Third Affirmative Defense

### (Laches)

3.    As a third and separate affirmative defense, the Swope Defendants allege that the causes of action contained in the Complaint, and each of them are barred by the doctrine of laches, in that the Plaintiffs have unreasonably delayed in bringing these claims, and said delays have prejudiced the Swope Defendants.

### Fourth Affirmative Defense

### (Standing)

4.    As to each and every alleged cause of action, Plaintiffs lacks standing to assert each such cause of action.

///

///

- 45 -

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
SACV09-811 AG (RNBx)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**Fifth Affirmative Defense**

**(Causation)**

5.     As to each cause of action in the Complaint, while denying any and all of Plaintiffs' claims, if Plaintiffs stained any of the injuries, losses, and damages set forth in the Complaint, the Swope Defendants state that no act or omission of the Swope Defendants was a substantial factor in bringing about Plaintiffs' alleged injuries, losses, and damages; and that the direct and proximate result of the acts and/or omissions o persons or entities other than the Swope Defendants were an intervening and/or superseding cause leading to the alleged injuries, losses, and damages.

**Sixth Affirmative Defense**

**(Waiver)**

6.     As a sixth and separate affirmative defense, the Swope Defendants allege that Plaintiffs, by their own acts and/or omissions, have waived their rights, if any, to recover against the Swope Defendants.

**Seventh Affirmative Defense**

**(Statute of Limitations)**

7.     As a seventh and separate affirmative defense, the Swope Defendants allege that the Complaint, and each and every cause of action or purported cause of action contained therein, is barred by all applicable statutes of limitation, including but not limited to, Code of Civil Procedure sections 337, 338, 339, 340, 340.1, 340.6, and 343 and California Business and Professions Code section 17208.

**Eighth Affirmative Defense**

**(Failure to Mitigate Damages)**

8.     As an eighth and separate affirmative defense, the Swope Defendants allege that Plaintiffs have failed to mitigate their damages, if any, in connection with the matters referred to in the Complaint and such failure to mitigate bars and/or diminishes Plaintiffs' recovery, if any, against the Swope Defendants.

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**Ninth Affirmative Defense**

**(Acts of Other Parties)**

9.     As a ninth and separate affirmative defense, the Swope Defendants allege that, if the Swope Defendants are subjected to any liability to Plaintiffs herein, it will be due in whole or in part to the acts, omissions, and/or misrepresentations of other parties, and any recovery obtained by Plaintiffs should be barred or reduced according to law, up to an including the whole thereof.

**Tenth Affirmative Defense**

**(Defendant Exercised Reasonable Care)**

10.     As a tenth and separate affirmative defense, the Swope Defendants allege that, at all times relevant herein, Defendants exercised reasonable care and did not know, and in the exercise of reasonable care could not have known, of the alleged acts or allegations which are the subject of the Complaint.

**Eleventh Affirmative Defense**

**(Justification)**

11.     As an eleventh and separate affirmative defense, the Swope Defendants allege that their conduct was justified under the circumstances.

**Twelfth Affirmative Defense**

**(Consent)**

12.     As a twelfth and separate affirmative defense, the Swope Defendants allege that the conduct of which Plaintiffs complain, if it occurred was consented to by Plaintiffs.

**Thirteenth Affirmative Defense**

**(No Causation)**

13.     As a thirteenth and separate affirmative defense, the Swope Defendants allege that Plaintiffs have not suffered any damage or injury that was actually or proximately caused by any act or omission of any Swope Defendants.  Plaintiffs cannot

///

- 47 -

prove that a more favorable result would have been obtained had the Swope Defendants acted differently.

<b><u>Fourteenth Affirmative Defense</u></b>

<b>(Good Faith)</b>

14.     The Swope Defendants allege that, at all times referenced in Plaintiffs' Complaint, the Swope Defendants acted in good faith and did not directly or indirectly contribute to any act or acts contributing to the alleged damages suffered by Plaintiffs.

<b><u>Fifteenth Affirmative Defense</u></b>

<b>(No Misrepresentation or Omission)</b>

15.     As a fifteenth and separate affirmative defense, the Swope Defendants allege that they did not make any of the misrepresentations or omissions alleged in the Complaint.

<b><u>Sixteenth Affirmative Defense</u></b>

<b>(Representations True)</b>

16.     As a sixteenth and separate affirmative defense, the Swope Defendants allege that any statements of fact or opinion made by the Swope Defendants to Plaintiffs were true, or if not true, were reasonably believed to be true at the time they were made.

<b><u>Seventeenth Affirmative Defense</u></b>

<b>(No Duty to Disclose)</b>

17.     As a seventeenth and separate affirmative defense, the Swope Defendants allege that they did not have a duty to disclose the "facts" as alleged in the Complaint.

<b><u>Eighteenth Affirmative Defense</u></b>

<b>(Fiduciary Relationship)</b>

18.     As an eighteenth and separate affirmative defense, the Swope Defendants allege that no fiduciary relationship existed between Plaintiffs and the Swope Defendants of the scope and to the extent alleged in the Complaint.

///

///

- 48 -

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

### Nineteenth Affirmative Defense

### (Res Judicata/Collateral Estoppel)

19.     As a nineteenth and separate affirmative defense, the Swope Defendants allege that the claims asserted in Plaintiffs' Complaint are barred by the doctrines of res judicata and/or collateral estoppel.

### Twentieth Affirmative Defense

### (No Punitive Damages)

20.     As a twentieth and separate affirmative defense, the Swope Defendants allege that the facts as alleged in the Complaint do not support Plaintiffs' prayer for punitive damages against the Swope Defendants.

### Other Affirmative Defenses

The Swope Defendants presently have insufficient knowledge or information upon which to form a belief whether there may be additional, as yet, unstated, affirmative defenses and reserve the right to assert additional affirmative defenses which will be added by way of amendment to this Answer.

**WHEREFORE**, the Swope Defendants pray as follows:

1.     That Plaintiffs take nothing by the Complaint;

2.     That Judgment be entered in favor of the Swope Defendants against Plaintiffs, and that Plaintiffs' action be dismissed in its entirety;

3.     That the Swope Defendants recover costs of suit, including reasonable attorneys' and experts' fees if and to the extent permitted by law;

4.     That the Court grant such other and further relief as it may deem just and equitable.

///

///

///

///

///

ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)

1

**DEMAND FOR JURY**

2

The Swope Defendants hereby demand trial by jury.

3

4

KLINEDINST PC

5

6

DATED: December 30, 2010

By:  **s/ Leah A. Plaskin**

7

Heather L. Rosing
Gregor A. Hensrude

8

Leah A. Plaskin
Attorneys for Defendants

9

RICHARD L. SWOPE and SWOPE
LAMBERSON, P.A.

10

1071384v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**ANSWER OF RICHARD L. SWOPE AND SWOPE LAMBERSON, P.A. TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
SACV09-811 AG (RNBx)**